UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

DMJ ASSOCIATES, L.L.C.,

                        Plaintiff,

v.

CARL A. CAPASSO, *et al.*

                        Defendants.

EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION, et al.

          Defendants/Third-Party Plaintiffs,

v.

ACE WASTE OIL, INC., *et al.*

                        Third-Party Defendants.

------------------------------------x

ADMISSION TO PRACTICE
PRO HAC VICE

CV 97 7285 (DLI)(RML)

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Timothy M. Sullivan is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

The attorney shall also ensure that a certificate of good standing, dated within 30 days of the date of this Order is filed with the Clerk of Court on or before May 12, 2006. At such time this Order will go into effect. A certificate of good standing shall be filed for each state of which the applicant is a member of the bar.

RML
4/12/06



BEVERIDGE
& DIAMOND PC



FILED
MAR 31 2006
BROOKLYN OFFICE

RECEIVED
In Chambers
U.S Magistrate Judge

FEE PAID

Timothy M. Sullivan
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005-3311
Direct: (202) 789-6074
Fax: (202) 789-6190
tsullivan@bdlaw.com

March 28, 2006

APR 12 2006

Clerk of the Court
Brooklyn Courthouse
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Attn: Intake Deputy Clerk

    Re:   CV 97 7285
           Pro Hac Vice Admission - Timothy M. Sullivan

Dear Sir/Madam:

    Enclosed please find a copy of the Order for pro hac vice admission filed today on my behalf in the above referenced case. Also enclosed is a check in the amount of $25.00 for the filing fee.

    If you need anything further, please do not hesitate to contact me at the above telephone number.

                              Sincerely,

                              Timothy M. Sullivan

24866v1 Baltimore 009143

Washington, D.C.     Maryland     New York     Massachusetts     New Jersey     Texas     California

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DMJ ASSOCIATES, L.L.C.,

                    Plaintiff,

v.

CARL A. CAPASSO, *et al.*

                    Defendants.

_____

EXXON MOBIL CORPORATION and QUANTA
RESOURCES CORPORATION, et al.

           Defendants/Third-Party Plaintiffs,

v.

ACE WASTE OIL, INC., *et al.*

                Third-Party Defendants.

------------------------------------------------------------x

ADMISSION TO PRACTICE
PRO HAC VICE

CV 97 7285 (DLI)(RML)

The motion for admission to practice <u>pro hac vice</u> in the above captioned matter is granted. The admitted attorney Timothy M. Sullivan is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice <u>pro hac vice</u> is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: 4/18/06

United States Magistrate Judge

cc: Timothy M. Sullivan
   Court File