IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 0 4 2006 ★
BROOKLYN OFFICE

DMJ ASSOCIATES, L.L.C.,

    Plaintiff,

v.

CARL A. CAPASSO, et al.,

    Defendant.

EXXON MOBIL CORPORATION; and
QUANTA RESOURCES CORPORATION,

    Defendants/Third Party Plaintiff,

v.

ACE WASTE OIL, INC., et al.,

    Third-Party Defendants.

Case No. CV 97 7285 (DLI)(RML)

**ADMISSION TO PRACTICE PRO HAC VICE**

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorneys, James A. Vroman, Esq., and Jennifer A. Burke, Esq., are permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorneys admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: **April 12**, 2006

United States Magistrate Judge

cc: James A. Vroman, Attorney *pro hac vice*
Jennifer A. Burke, Attorney *pro hac vice*
Court file