UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DMJ ASSOCIATES, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> CARL A. CAPASSO, et als., <br><br> Defendants. <br><br> EXXON MOBIL CORPORATION; and QUANTA RESOURCES CORPORATION, <br><br> Defendants/Third-Party Plaintiffs, <br><br> vs. <br><br> ACE WASTE OIL, INC., et als., <br><br> Third-Party Defendants. | **ECF CASE** <br><br> Civil Action No. CV-97-7285 (DLI)(RML) <br><br><br> ORDER FOR THE ADMISSION TO PRACTICE <u>PRO HAC VICE</u> OF DIANA L. BUONGIORNO, ESQ. |

The motion of Diana L. Buongiorno, attorney for third-party defendant Oil City Petroleum Co., Inc., for admission <u>pro hac vice</u> in the above-captioned matter is granted. Diana L. Buongiorno is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice <u>pro hac vice</u> is required to pay $25.00 attorney admission fee and present this order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

1017934.2

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: 6/23/06

                                                     *Robert Levy*
                                                     Robert M. Levy U.S.M.J.