AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| DMJ Associates, L.L.C. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:97-cv-07285 [DLI-RML] |
| Carl A. Capasso, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kraft Foods Global, Inc. (f/k/a Ware Chemical) and River Terminal Development    .

Date:   09/06/2013

/s/ Daniel Riesel
*Attorney's signature*

Daniel Riesel, 505243
*Printed name and bar number*

Sive, Paget & Riesel, P.C.
460 Park Avenue, 10th Floor
New York, NY, 10022

*Address*

driesel@sprlaw.com
*E-mail address*

(212) 421-2150
*Telephone number*

(212) 421-1891
*FAX number*