Daniel Riesel<br>
Direct Dial: (646) 378-7224<br>
driesel@sprlaw.com

September 6, 2013

**<u>VIA ELECTRONIC FILING</u>**

Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>DMJ Associates, L.L.C. v. Capasso, 1:97-cv-07285-DLI-RML</u>

Your Honor:

    We represent Kraft Foods Global, Inc. and River Terminal Development in the above-captioned case. We respectfully request that the docket be updated to the undersigned, Daniel Riesel, as the attorney of record.

                                         Respectfully Submitted,

                                         <u>/s/ Daniel Riesel</u>
                                         Daniel Riesel
                                         Sive, Paget & Riesel, P.C.
                                         460 Park Avenue, 10th Floor
                                         New York, NY, 10022

    cc: All counsel via ECF