UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DMJ ASSOCIATES, L.L.C.,

       Plaintiff,

  -against-

CARL A. CAPASSO, et al.,

       Defendant.
------------------------------------------------------------X
EXXON MOBIL CORP., and QUANTA
RESOURCES CORP.,

       Defendants/Third-Party Plaintiffs,

  -against-

ACE WASTE OIL, INC., et al.,

       Third-Party Defendants.
------------------------------------------------------------X

Civil Action No. 97-CV-7285 (DLI) (RML)

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Ronald C. Minkoff of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as special professional responsibility counsel for Third-Party Defendant Rexam Beverage Can Company in the above-captioned proceeding.

Dated: New York, New York
       September 24, 2013

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
    Ronald C. Minkoff
488 Madison Avenue, 10th Fl.
New York, New York 10022
(212) 980-0120
rminkoff@fkks.com

*Special professional responsibility counsel for Third Party Defendant Rexam Beverage Can Company*