UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DMJ ASSOCIATES, L.L.C.,

      Plaintiff,

-against-

CARL A. CAPASSO, et al.,

      Defendant.
-----------------------------------------------------------X
EXXON MOBIL CORP., and QUANTA RESOURCES CORP.,

      Defendants/Third-Party Plaintiffs,

-against-

ACE WASTE OIL, INC., et al.,

      Third-Party Defendants.
-----------------------------------------------------------X

Civil Action No. 97-CV-7285 (DLI) (RML)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Nicole Hyland of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as special professional responsibility counsel for Third-Party Defendant Rexam Beverage Can Company in the above-captioned proceeding.

Dated: New York, New York
       September 24, 2013

            FRANKFURT KURNIT KLEIN & SELZ, P.C.

            By: _____
                  Nicole Hyland
            488 Madison Avenue, 10th Fl.
            New York, New York 10022
            (212) 980-0120
            nhyland@fkks.com

            *Special professional responsibility counsel for Third Party Defendant* Rexam *Beverage Can Company*