UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DMJ ASSOCIATES, L.L.C.,

                   Plaintiff,

   -against-

CARL A. CAPASSO, et al.,

                 Defendant.
-------------------------------------------------------------X
EXXON MOBIL CORP., and QUANTA RESOURCES CORP.,

                 Defendants/Third-Party Plaintiffs,

   -against-

ACE WASTE OIL, INC., et al.,

                 Third-Party Defendants.
-------------------------------------------------------------X

Civil Action No. 97-CV-7285 (DLI) (RML)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties herein that the time for third-party defendant Rexam Beverage Can Company to serve answering papers in response to the motion to disqualify filed by third-party plaintiff Quanta Resources Corporation ("Quanta") is hereby extended from October 4, 2013 to and including October 25, 2013.

    IT IS HEREBY STIPULATED AND AGREED that the time for Quanta to serve reply papers is hereby extended from October 25, 2013 to and including November 26, 2013.

    IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts transmitted electronically or by facsimile, and in such event each transmitted counterpart shall be deemed an original.

Dated: New York, New York
      September 20, 2013

| ARENT FOX LLP | FRANKFURT KURNIT KLEIN & SELZ P.C. |
|---|---|
| By: /s/ Allen G. Reiter<br>Allen G. Reiter, Esq.<br>1675 Broadway<br>New York, NY 10019<br>(212) 484-3900 | By: /s/ Nicole Hyland<br>Nicole Hyland, Esq.<br>488 Madison Avenue<br>New York, New York 10022<br>(212) 980-0120 |
| *Attorneys for Defendant Quanta Resources Corporation* | *Special professional responsibility counsel for Third-Party Defendant Rexam Beverage Can Company* |