

# MARC
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

MCCUSKER • ANSELMI
ROSEN • CARVELLI

210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Tel: 973.635.6300 • Fax: 973.635.6363
www.marc-law.com

ANDREW E. ANSELMI
*Director*
Direct: 973.457.0116
Fax: 973.457.0275

aanselmi@marc-law.com

September 26, 2013

**VIA ELECTRONIC FILING**
Honorable Dora L. Irizarry, U.S.M.J.
United States District Court
Eastern District of New York
United States Courthouse, Room 928S
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **DMJ Associates, LLC v. Carl A. Capasso, et al.**
              **Civil Action No.: 97-7285 (DLI)(RML) (E.D.N.Y.)**

Dear Judge Irizarry:

      We write on behalf of Third-Party Plaintiffs, Exxon Mobil Corporation and Quanta Resources Corporation, to request a modification to the briefing schedule set forth in Magistrate Levy's Minute Entry on July 19, 2012 as it relates only to the motion for partial summary judgment filed by Revere Cooper Products ("Revere"). Third-Party Plaintiffs request that the deadline for serving opposition papers to Revere's motion be adjourned from October 4, 2013 until October 10, 2013 and the deadline for serving Revere's reply papers be adjourned from November 1, 2013 until November 8, 2013. This request is being made because of unanticipated scheduling conflicts. The parties have not made any previous requests to adjourn the briefing schedule. Revere consents to the extensions of time as set forth above.

                                          Very truly yours,

                                          Andrew E. Anselmi

AEA/mws

    cc:    All Counsel of Record