UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
DMJ ASSOCIATES, L.L.C.,

        Plaintiff,

   -vs-

CARL A. CAPASSO, et al.,

        Defendants
---------------------------------X
EXXON MOBIL CORPORATION and
QUANTA RESOURCES CORPORATION,

        Defendants/
        Third-Party Plaintiffs,

   -vs-
ACE WASTE OIL, INC., et al.,

        Third-Party Defendants.
---------------------------------X

CV-97-7285
(Irizary, J.)
(Levy, M.J.)

## CERTIFICATE OF SERVICE

    I, Olivia Ibrahim, do hereby certify that on September 25, 2013, I served copies of a Memorandum of Law by Federal Express mail to the following individuals:

Allen G. Reiter
Arent Fox LLP
1675 Broadway, 34th Floor
New York, NY 10019-5820

Andrew E. Anselmi
McCusker, Anselmi, Rosen & Carvelli, P.C.
210 Park Avenue - Suite 301
Florham Park, NJ 07932

2.

I, Olivia Ibrahim, do hereby certify that on September 25, 2013, I served copies of a Memorandum of Law by First Class mail to the following individuals:

William Hatfield
Camille Otero
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310

David Roth
Emily Kaller
Greenbaum, Rowe, Smith & David LLP
Metro Campus One
PO Box 5600
Woodbridge, NJ 07095

Donald Fay
Susan Geiser
Waters McPherson McNeill, P.C.
300 Lighting Way-7th Floor
PO Box 1560
Seacaucus, NJ 07096

Charles M. Tomaselli
Dickerson & Tomaselli, LLC
600 Madison Avenue, 22nd Floor
New York, NY 10022

Daniel Riesel
Jennifer Coghlan
Sive, Paget & Riesel P.C.
460 Park Avenue -10th Floor
New York, NY 10022

Larry Jenkins
NY Metropolitan Transportation Authority
347 Madison Avenue
New York, NY 10017

Mark D. Kindt
16004 Detroit Avenue - Suite 4
Lakewood, OH 44107

Timothy Sullivan
Beveridge & Diamond
201 North Charles Street - Suite 2210
Baltimore, MD 21201

Sean Monaghan
Schenck, Price, Smith and King, LLP
220 Park Avenue
Florham Park, NJ 07932

Jerome C. Muys, Jr.
Sullivan & Worcester LLP
1666 K Street, NW
Washington, DC 20006

Duke K. McCall III
Bingham McCutchen LLP
2020 K Street NW
Washington, D.C. 20006

Timothy E. Corriston
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068

Reed W. Neuman
Nossaman LLP
1666 K Street NW, Suite 500
Washington, DC 20006

Thomas R. Smith
Robert R. Tyson
Bond Schoenick & King PLLC
One Lincoln Center
110 West Fayette Street
Syracuse, NY 13202

Thomas F. Walsh
Hiscock & Barclay, LLP
2000 HSBC Plaza
100 Chestnut Street
Rochester, NY 14604

Alison Torrence
Jenner & Block
353 N. Clark Street
Chicago, IL 60654

Dated: September 25, 2013      /s/ Olivia Ibrahim
                                           Olivia Ibrahim
                                           Contract Paralegal
                                           United States Attorney's Office