AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DMJ ASSOCIATES, LLC <br> *Plaintiff* <br> v. <br> CARL A. CAPASSO, ET AL. <br> *Defendant* | ) <br> ) <br> ) Case No.  97-7285 (DLI) (RML) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THIRD-PARTY DEFENDANT NEW YORK CITY TRANSIT AUTHORITY

Date: 11/08/2013

*Attorney's signature*

Lawrence C. Jenkins, 3333
*Printed name and bar number*

Metropolitan Transportation Authority
347 Madison Avenue-9th Floor
New York, New York 10017

*Address*

ljenkins@mtahq.org
*E-mail address*

(212) 878-1033
*Telephone number*

(212) 878-1240
*FAX number*