UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――x
: 
DMJ ASSOCIATES, L.L.C.,	:	97 CIV 7285 (DLI)(RML)
:
*Plaintiff*,	:
:
- against -	:	NOTICE OF
:	APPEARANCE
CARL CAPASSO, *et al.*,	:
:
*Defendants*.	:
:
―――――――――――――――――――――――――――――x
:
EXXON MOBIL CORPORATION and QUANTA	
RESOURCES CORPORATION,	:

*Defendants/Third-Party Plaintiffs,*	:

- against -	:

ACE WASTE OIL, *et al.*,	:

*Third-Party Defendants.*	:
―――――――――――――――――――――――――――――x

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel on behalf of third-party defendant New York City Transit Authority.  Henceforth, all papers served in this action should also be served upon the undersigned.

1

I certify that I am admitted to practice in this Court.

Dated: New York, New York
November 8, 2013

                                          Yours, etc.,

                                       /s/_____
                                         Gordon J. Johnson (gojohnso@mtahq.org)
                                         Deputy General Counsel
                                         Metropolitan Transportation Authority
                                         347 Madison Avenue – 9th Fl.
                                         New York, New York  10017
                                         Telephone:  212-878-4633
                                         Facsimile:  212-878-1240
                                         *Co-Counsel for New York City Transit Authority*