UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DMJ ASSOCIATES, L.L.C.,<br><br>                              Plaintiff,<br><br>   -against-<br><br>CARL A. CAPASSO, at als.<br>                         Defendants. | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK<br><br>Civil Action No. CV 97 7285 (DLI)(RML) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>     Defendants/Third-Party Plaintiffs,<br><br>   -against-<br>ACE WASTE OIL, INC. et als.<br>         Third-Party Defendants. | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the undersigned Waters, McPherson, McNeill, P.C., by Susan C. Gieser, Esquire, hereby enters its appearance on behalf of Third Party Defendant, ConocoPhillips Company, improperly impleaded as ConocoPhillips in the above-captioned action.

Respectfully submitted,

WATERS, MCPHERSON, MCNEILL, P.C.
300 Lighting Way, 7th Floor, Secaucus, NJ 07096
(201) 863-4400
sgieser@lawwmm.com
Attorneys for Third-Party Defendant
CONOCOPHILLIPS COMPANY

By:   S/ Susan C. Gieser, Esq.
       SUSAN C. GIESER, ESQ. (SG2030)

November 26, 2013
779081