# EXHIBIT 4



Counselors At Law
HANCOCK
Estabrook, LLP
Since 1889

Phone: (315) 471-3151
Fax: (315) 471-3167
www.hancocklaw.com

1500 MONY Tower I • PO Box 4976 • Syracuse, NY 13221

September 28, 2005

**VIA FEDEX**
Rosalie Rusinko, Esq.
NYSDEC – Region 2
Eastern Field Unit
200 White Plains Road, 5th Floor
Tarrytown, NY 10591-5805

      **RE: QUANTA RESOURCES SITE**
      **ORDER ON CONSENT NO. W2-0915-03-06**

Dear Ms. Rusinko:

    This letter serves to formally notify the New York State Department of Environmental Conservation (NYSDEC) of the intention of the Respondents to "opt out" of obligations under the above Order to remediate the Quanta Resources Site in light of the recent acceptance into the Brownfield Program following the Application filed by DMJ Associates, LLC., 3780 Review, LLC, and Cresswood Environmental Consultants, L.L.C.

    This letter is being sent at this time in light of the Department's request for same prior to September 30, 2005. Regardless, Respondents understand that they remain obligated to complete the work and submit the required report for additional monitoring wells as set forth in the Golder proposal dated September 27, 2005.

    Please confirm that this correspondence is satisfactory for purposes of notifying the Department of Respondents' intent to terminate pursuant to the terms of the Order on Consent.

{H0513614.1}



Counselors At Law
HANCOCK
Estabrook, LLP
Since 1889

Phone: (315) 471-3151
Fax: (315) 471-3167
www.hancocklaw.com

1500 MONY Tower I • PO Box 4976 • Syracuse, NY 13221

Thank you for your numerous courtesies in this regard.

Very truly yours,
HANCOCK & ESTABROOK, LLP

Doreen A. Simmons
dsimmons@hancocklaw.com

DAS/mms

cc: David Kushner, Esq. *(via regular mail)*
Respondents *(per attached list) (via regular mail)*

{H0513614.1}