

CAMILLE V. OTERO
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4509 Fax: (973) 639-8321
cotero@gibbonslaw.com

November 27, 2013

**FILED & SERVED ELECTRONICALLY**

Honorable Robert M. Levy
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  **DMJ v. Capasso, CV 97 7285 (DLI) (RML)**

Dear Judge Levy:

    With the consent of all parties to this matter, except for Third-Party Defendant Revere Copper Products, Inc. (whom we have been unable to reach), and including the Federal Third-Party Defendants, I respectfully request that the December 3, 2013 Case Management Conference be adjourned until the week of January 6, 2014. Counsel for Third-Party Plaintiffs have advised that they are available during that week, other than on Monday, January 6th. Kindly advise if the Court will agree to this adjournment and if Your Honor is available the suggested week of January 6th.

    Thank you for your consideration of this matter.

Respectfully submitted,

Camille V. Otero
Director

CVO/rr

cc:    All Counsel (via ECF)