# Exhibit 1

# Supplement to Response to Interrogatory 43

| Date of Production | Bates Nos. | TPD/Folder | Description |
|---|---|---|---|
| 6/22/06 | TPP00000001-152 | Ace Waste Oil, Inc. | Nexus documents relating to TPD Ace Waste Oil, Inc. |
| | TPP00000153-1925 | Active Oil Service | Nexus documents relating to TPD Active Oil Service |
| | TPP00001926-3155 | Alcan Aluminum Corporation | Nexus documents relating to TPD Alcan Aluminum Corporation |
| | TPP00003156-3564 | All-County Environmental Service Corporation | Nexus documents relating to TPD All-County Environmental Service Corporation |
| | TPP00003565-3995 | Amphenol Corporation | Nexus documents relating to TPD Amphenol Corporation |
| | TPP00003996-4336 | Andax Environmental Corporation | Nexus documents relating to TPD Andax Environmental Corporation |
| | TPP00004337-4349 | Ashland Chemical, Inc. | Nexus documents relating to TPD Ashland Chemical, Inc. |
| | TPP00004350-5501 | Avco Corporation (a/k/a Avco Lycoming) | Nexus documents relating to TPD Avco Corporation (a/k/a Avco Lycoming) |
| | TPP00005502 | Brookhaven National Laboratory | Nexus documents relating to TPD Brookhaven National Laboratory |
| | TPP00005503-6305 | Republic Environmental Systems, Inc., (a/k/a Chemical Management Inc.) | Nexus documents relating to TPD Republic Environmental Systems, Inc., (a/k/a Chemical Management Inc.) |
| | TPP00006306-6534 | Chemical Pollution Control, Inc. | Nexus documents relating to TPD Chemical Pollution Control, Inc. |
| | TPP00006535-8012 | Coastal Oil New York, Inc. | Nexus documents relating to TPD Coastal Oil New York, Inc. |

| Date of Production | Bates Nos. | TPD/Folder | Description |
|---|---|---|---|
| | TPP00008013-8126 | Consolidated Container Company, LP (f/k/a Continental Can Company) | Nexus documents relating to TPD Consolidated Container Company, LP (f/k/a Continental Can Company) |
| | TPP00008127-8728 | Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.) | Nexus documents relating to TPD Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.) |
| | TPP00008729-9415 | American Classic Sanitation (f/k/a Farnham Environmental & Farnham Sanitation Systems of CT) | Nexus documents relating to TPD American Classic Sanitation (f/k/a Farnham Environmental & Farnham Sanitation Systems of CT) |
| | TPP00009416-9418 | EQ Northeast, Inc. (a/k/a Franklin Environmental Services, Inc.) (f/k/a Franklin Pumping Service) | Nexus documents relating to TPD EQ Northeast, Inc. (a/k/a Franklin Environmental Services, Inc.) (f/k/a Franklin Pumping Service) |
| | TPP00009419-10783 | Harbor Petroleum Corporation | Nexus documents relating to TPD Harbor Petroleum Corporation |
| | TPP00010784-10883 | Heli Coil Corporation | Nexus documents relating to TPD Heli Coil Corporation |
| | TPP00010884-11630 | The Hitchcock Gas Engine Company | Nexus documents relating to TPD The Hitchcock Gas Engine Company |
| | TPP00011631-12800 | Industrial Development Corporation (a/k/a Industrial Environmental) | Nexus documents relating to TPD Industrial Development Corporation (a/k/a Industrial Environmental) |
| | TPP00012801-13107 | Interstate Tank Cleaning Corporation | Nexus documents relating to TPD Interstate Tank Cleaning Corporation |

AFDOCS/10643668.1

| Date of Production | Bates Nos. | TPD/Folder | Description |
|---|---|---|---|
| | TPP00013108 | Jones Environmental Services (Northeast), Inc. (f/k/a Geochem, Inc.) (f/k/a Jet-Line Services, Inc.) | Nexus documents relating to TPD Jones Environmental Services (Northeast), Inc. (f/k/a Geochem, Inc.) (f/k/a Jet-Line Services, Inc.) |
| | TPP00013109-13155 | The Marlin Firearms Company | Nexus documents relating to TPD The Marlin Firearms Company |
| | TPP00013156-13267 | Midland Asphalt Materials, Inc. (f/k/a Midland Asphalt Corporation) | Nexus documents relating to TPD Midland Asphalt Materials, Inc. (f/k/a Midland Asphalt Corporation) |
| | TPP00013268-13487 | Nassau Tank Cleaning Service, Inc. | Nexus documents relating to TPD Nassau Tank Cleaning Service, Inc. |
| | TPP00013488-14127 | Neapco, Inc. (a/k/a United Components, Inc.) | Nexus documents relating to TPD Neapco, Inc. (a/k/a United Components, Inc.) |
| | TPP00014128-14255 | New England Tank Lining of CT, Inc. | Nexus documents relating to TPD New England Tank Lining of CT, Inc. |
| | TPP00014256-15575 | New Era Oil Service, Inc. | Nexus documents relating to TPD New Era Oil Service, Inc. |
| | TPP00015576-15578 | Oil City Petroleum Company Inc. | Nexus documents relating to TPD Oil City Petroleum Company Inc. |
| | TPP00015579-16129 | Peabody Coastal(a/k/a Peabody International Corporation) (a/k/a Pullman, Inc.) | Nexus documents relating to TPD Peabody Coastal(a/k/a Peabody International Corporation) (a/k/a Pullman, Inc.) |
| | TPP00016130-16527 | Praxair, Inc. | Nexus documents relating to TPD Praxair, Inc. |
| | TPP00016528-17591 | Revere Copper Products, Inc. (a/k/a Revere Copper & Brass, Inc.) | Nexus documents relating to TPD Revere Copper Products, Inc. (a/k/a Revere Copper & Brass, Inc.) |

AFDOCS/10643668.1

| Date of Production | Bates Nos. | TPD/Folder | Description |
|---|---|---|---|
| | TPP00017592-18243 | Rexam Beverage Can Company (a/k/a National Can Company) (a/k/a American National Can Company) | Nexus documents relating to TPD Rexam Beverage Can Company (a/k/a National Can Company) (a/k/a American National Can Company) |
| | TPP00018244-18381 | River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties) (f/k/a Union Mineral & Alloys Corp.) | Nexus documents relating to TPD River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties) (f/k/a Union Mineral & Alloys Corp.) |
| | TPP00018382-18551 | Royal Tank Cleaning Corporation | Nexus documents relating to TPD Royal Tank Cleaning Corporation |
| | TPP00018552-18557 | Simmonds Precision Products, Inc. | Nexus documents relating to TPD Simmonds Precision Products, Inc. |
| | TPP00018558-18583 | Moen Incorporated (f/k/a Stanadyne, Inc.) | Nexus documents relating to TPD Moen Incorporated, A Fortune Brands Company (f/k/a Stanadyne, Inc.) |
| | TPP00018584-18847 | Sunoco, Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil & Company) | Nexus documents relating to TPD Sunoco, Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil & Company) |
| | TPP00018848-18904 | Teledyne Ansonia | Nexus documents relating to TPD Teledyne Ansonia |
| | TPP00018905-19505 | Total Recovery, Inc. | Nexus documents relating to TPD Total Recovery, Inc. |
| | TPP00019506-19748 | U.S. Department of the Air Force | Nexus documents relating to TPD U.S. Department of the Air Force |
| | TPP00019749-19800 | U.S. (Not Specific) | Nexus documents relating to TPD U.S. (Not Specific) |
| | TPP00019801-19858 | U.S. Department of the Army | Nexus documents relating to TPD U.S. Department of the Army |
| | TPP00019859-19958 | U.S. Department of the Coast Guard | Nexus documents relating to TPD U.S. Department of the Coast Guard |

AFDOCS/10643668.1

| Date of Production | Bates Nos. | TPD/Folder | Description |
|---|---|---|---|
| | TPP00019959-21362 | U.S. Department of the Navy | Nexus documents relating to TPD U.S. Department of the Navy |
| | TPP00020146-20859 | Wallace Industries, Inc. (Wallace Steel Group) | Nexus documents relating to TPD Wallace Industries, Inc. (Wallace Steel Group) |
| | TPP00021419-22681 | Kraft Foods Global, Inc. (f/k/a Ware Chemical) | Nexus documents relating to TPD Kraft Foods Global, Inc. (f/k/a Ware Chemical) |
| | TPP00022682-22852 | Wyman Gordon Company | Nexus documents relating to TPD Wyman Gordon Company |
| | TPP00022853-22933 | Zollo Drum Company | Nexus documents relating to TPD Zollo Drum Company |
| | TPP00022934-25033 | P&G Clairol, Inc. (f/k/a Proctor & Gamble Haircare, LLC) | Nexus documents relating to TPD P&G Clairol, Inc. (f/k/a Proctor & Gamble Haircare, LLC) |
| | TPP00025034-26850 | P&G Clairol, Inc. (f/k/a Proctor & Gamble Haircare, LLC) | Nexus documents relating to TPD P&G Clairol, Inc. (f/k/a Proctor & Gamble Haircare, LLC) |
| | TPP00026851-28334 | P&G Clairol, Inc. (f/k/a Proctor & Gamble Haircare, LLC) | Nexus documents relating to TPD P&G Clairol, Inc. (f/k/a Proctor & Gamble Haircare, LLC) |
| 12/14/06 | TPP00032437-32447 | Ace Waste Oil, Inc. | Nexus documents relating to TPD Ace Waste Oil, Inc. |
| | TPP00032448-32560 | Active Oil Service | Nexus documents relating to TPD Active Oil Service |
| | TPP00032561-32825 | Alcan Aluminum Corporation | Nexus documents relating to TPD Alcan Aluminum Corporation |
| | TPP00032826-32834 | All-County Environmental Service | Nexus documents relating to TPD All-County Environmental Service |
| | TPP00033377-33405 | Amphenol Corporation | Nexus documents relating to TPD Amphenol Corporation |

AFDOCS/10643668.1

| Date of Production | Bates Nos. | TPD/Folder | Description |
| --- | --- | --- | --- |
|  | TPP00033233-33376 | Andax Environmental Corp. | Nexus documents relating to TPD Andax Environmental Corp. |
|  | TPP00034237-34247 | Ashland Chemical, Inc. | Nexus documents relating to TPD Ashland Chemical, Inc. |
|  | TPP00033406-34236 | Avco Corporation | Nexus documents relating to TPD Avco Corporation |
|  | TPP00034269-34275 | Brookhaven National Laboratory | Nexus documents relating to TPD Brookhaven National Laboratory |
|  | TPP00034276-34523 | Chemical Management Inc. | Nexus documents relating to TPD Chemical Management Inc. |
|  | TPP00034524-34885 | Clairol | Nexus documents relating to TPD Clairol |
|  | TPP00034886-34998 | Coastal Oil Co. | Nexus documents relating to TPD Coastal Oil Co. |
|  | TPP00034999-35054 | Coastal Services, Inc. | Nexus documents relating to TPD Coastal Services, Inc. |
|  | TPP00035135-35148 | Consolidated Container/Continental Can | Nexus documents relating to TPD Consolidated Container/Continental Can |
|  | TPP00035055-35134 | Crosman Corp./Coleman Airguns | Nexus documents relating to TPD Crosman Corp./Coleman Airguns |
|  | TPP00035449-35461 | EQ Northeast/Franklin Pumping | Nexus documents relating to TPD EQ Northeast/Franklin Pumping |
|  | TPP00032835-32857 | Farnham Environmental | Nexus documents relating to TPD Farnham Environmental |
|  | TPP00035509-35620 | Harbor Petroleum | Nexus documents relating to TPD Harbor Petroleum |
|  | TPP00034248-34268 | Heli-Coil Corp./Mite Corp. | Nexus documents relating to TPD Heli-Coil Corp./Mite Corp. |
|  | TPP00035621-35727 | Hitchcock Gas Engine Co. | Nexus documents relating to TPD Hitchcock Gas Engine Co. |

| Date of Production | Bates Nos. | TPD/Folder | Description |
|---|---|---|---|
| | TPP00035728-35749 | Industrial Environmental | Nexus documents relating to TPD Industrial Environmental |
| | TPP00035750-35751 | Interstate Tank Cleaning Corp. | Nexus documents relating to TPD Interstate Tank Cleaning Corp. |
| | TPP00035462-35508 | Jones Environmental Services (Northeast), Inc./Jet-Line Services | Nexus documents relating to TPD Jones Environmental Services Northeast), Inc./Jet-Line Services |
| | TPP00035149-35440 | Kraft Foods Global/Ware Chemical | Nexus documents relating to TPD Kraft Foods Global/Ware Chemical |
| | TPP00035752-35757 | Midland Asphalt | Nexus documents relating to TPD Midland Asphalt |
| | TPP00035758-35793 | NEAPCO/United Components | Nexus documents relating to TPD NEAPCO/United Components |
| | TPP00035794-36012 | New England Tank Lining of CT | Nexus documents relating to TPD New England Tank Lining of CT |
| | TPP00036013-36290 | New Era Oil Service | Nexus documents relating to TPD New Era Oil Service |
| | TPP00035441-35448 | Praxair, Inc./Dow/Union Carbide | Nexus documents relating to TPD Praxair, Inc./Dow/Union Carbide |
| | TPP00036291-36472 | Revere Copper Products, Inc. | Nexus documents relating to TPD Revere Copper Products, Inc. |
| | TPP00032858-33232 | Rexam Beverage Can/National Can | Nexus documents relating to TPD Rexam Beverage Can/National Can |
| | TPP00036473-36618 | River Terminal Development | Nexus documents relating to TPD River Terminal Development |
| | TPP00036619-36626 | Simmonds Precision Products | Nexus documents relating to TPD Simmonds Precision Products |
| | TPP00036627-36730 | Sunoco/Sun Oil | Nexus documents relating to TPD Sunoco/Sun Oil |

| Date of Production | Bates Nos. | TPD/Folder | Description |
|---|---|---|---|
| | TPP00036731-36787 | Teledyne Ansonia | Nexus documents relating to TPD Teledyne Ansonia |
| | TPP00036788-36836 | Total Recovery, Inc. | Nexus documents relating to TPD Total Recovery, Inc. |
| | TPP00036837-36871 | U.S. Dept. of the Air Force | Nexus documents relating to TPD U.S. Dept. of the Air Force |
| | TPP00036872-36873 | U.S. Dept. of the Army | Nexus documents relating to TPD U.S. Dept. of the Army |
| | TPP00036874-36888 | U.S. Dept. of the Coast Guard | Nexus documents relating to TPD U.S. Dept. of the Coast Guard |
| | TPP00036889-36909 | U.S. Dept. of Defense | Nexus documents relating to TPD U.S. Dept. of Defense |
| | TPP00036910-37346 | U.S. Dept. of the Navy | Nexus documents relating to TPD U.S. Dept. of the Navy |
| | TPP00037347-37397 | Wallace Industries/Wallace Steel | Nexus documents relating to TPD Wallace Industries/Wallace Steel |
| | TPP00037398-37471 | Waste Management/F.P.R. Bohager & Sons | Nexus documents relating to TPD Waste Management/F.P.R. Bohager & Sons |
| | TPP00037472-37601 | Wyman-Gordon Co. | Nexus documents relating to TPD Wyman-Gordon Co. |
| | TPP00037602-37698 | Zollo Drum Co. | Nexus documents relating to TPD Zollo Drum Co. |
| | TPP00037699-39488 | Trip Tickets and Related Records | Trip Tickets and Related Records |
| | TPP00039489-40147 | Transcripts | |
| | TPP00040148-50286 | Daily Cash Receipts | |
| | TPP00050287-53291 | General | Various Mahler Entity Shipping/Receiving Logs/Reports, Waste Collector Forms/Reports, Accounting Worksheets relating to Shipments Received |

| Date of Production | Bates Nos. | TPD/Folder | Description |
|---|---|---|---|
| 2/7/07 | Box 32 | | Transcripts Relating to Settled Parties and/or PRPs |
| | Box 32a | | Additional Transcripts Relating to Settled Parties and/or PRPs |
| | Box 37 | | Documents Produced by Quanta 2/27/04: Box 1 of 2: Q007484-Q009555 – some of which are transcripts |
| | Box 38 | | Documents Produced by Quanta 2/27/04: Box 2 of 2: Q009556-Q012720 – some of which are transcripts |
| 7/6/07 | TPP00054416-54440 | Cooper Crouse-Hinds | Nexus documents relating to TPD Cooper Crouse-Hinds |
| | TPP00054441-54463 | Hertz | Nexus documents relating to TPD Hertz |
| | TPP00054464-54478 | LILCO | Nexus documents relating to TPD LILCO |
| | TPP00054479-54486 | NL Industries | Nexus documents relating to TPD NL Industries |

- 9 -

AFDOCS/10643668.1