# Exhibit 2

Third-Party Plaintiffs' 6/22/06 Rule 26 Production

**Filename**

D:\CrossRef.txt
D:\DAT @ 06202006.DAT
D:\DII @ 06202006.DII
D:\Images
D:\LFP @ 06202006.LFP
D:\OPT @ 06202006.OPT
D:\TXT @ 06202006.txt
D:\Images\001  Ace Waste Oil Inc
D:\Images\002  Active Oil Service
D:\Images\003  Alcan Aluminuim Corporate (aka Alcan Sheet & Plate)
D:\Images\004  All-County Environmental Service Corp
D:\Images\005  Amphenol Corporation
D:\Images\006  Andax Environmental Corp
D:\Images\007  Ashland Chemical Inc (aka Avco Lycoming)
D:\Images\008  Avco Corporation (aka Avco Lycoming)
D:\Images\009  Brookhaven National Laboratory
D:\Images\010  Republic Environmental Systems Inc (aka Chemical Management)
D:\Images\011  Chemical Pollution Control Inc
D:\Images\012  Coastal Oil New York Inc
D:\Images\013  Consolidated Container Company LP (fka Continental Can Comp)
D:\Images\014  Crosman Corporation (fka Coleman Airguns Inc & Crosman Arms)
D:\Images\015  America Classic Sanitation (fka Farnham Environmental & Sanitation)
D:\Images\016  EQ Northeast Inc (aka Franklin Enrionmental Service)
D:\Images\017  Harbor Petrolium Corp
D:\Images\018  Heli-Coil Corporation
D:\Images\019  The Hitchcock Gas Engine Company
D:\Images\020  Industrial Development Corp (aka Industrial Environmental)
D:\Images\021  Interstate Tank Cleaning Corp
D:\Images\022  Jones Environmental Services (fka Industrial Geochem Inc)
D:\Images\023  The Marlin Firearms Company
D:\Images\024  Midland Asphalt Materials Inc (aka Midland Asphalt Corp)
D:\Images\025  Nassau Tank Cleaning Service Inc
D:\Images\026  NEAPCO Inc (aka United Components Inc)
D:\Images\027  New England Tank Lining of Connecticut Inc
D:\Images\028  New Era Oil Service Inc
D:\Images\029  Oil City Petroleum Co Inc
D:\Images\030  Peabody Coastal (aka Peabody International Corp)
D:\Images\031  Praxair Inc
D:\Images\032  Revere Copper Products Inc (aka Revere Copper & Brass)
D:\Images\033  Rexam Beverage Can Company (aka National Can Company)
D:\Images\034  River Terminal Development (Scrap Yard Division)
D:\Images\035  Royal Tank Cleaning Corp
D:\Images\036  Simmonds Precision Products Inc
D:\Images\037  Moen Incorporated-A Fortune Brands Company (fka Stanadyne)
D:\Images\038  Sunoco Inc (aka Teledyne Technologies)
D:\Images\039  Teledyne Ansonia (aka Teledyne Technologies)

```
D:\Images\040  Total Recovery Inc
D:\Images\041  United States Department of the Air Force
D:\Images\042  United States (Not Specific)
D:\Images\043  United States Department of the Army
D:\Images\044  United States Department of the Coast Guard
D:\Images\045  United States Department of the Navy
D:\Images\046  Wallace Industries Inc (aka Wallace Steel Corp)
D:\Images\047  Kraft Foods Global Inc (aka Ware Chemical)
D:\Images\048  Wyman-Gordon Company
D:\Images\049  Zollo Drum Company
D:\Images\050  P&G-Clairol Inc (fka Proctor & Gamble Haircare LLC)
D:\Images\051  NYSDEC Proceeding Documents
D:\Images\001  Ace Waste Oil Inc\TPP00000001.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000001.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000002.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000002.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000003.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000003.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000004.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000004.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000005.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000005.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000006.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000006.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000007.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000007.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000008.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000008.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000009.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000009.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000010.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000010.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000011.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000011.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000012.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000012.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000013.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000013.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000014.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000014.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000015.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000015.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000016.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000016.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000017.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000017.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000018.tif
```

```
D:\Images\001  Ace Waste Oil Inc\TPP00000018.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000019.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000019.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000020.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000020.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000021.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000021.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000022.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000022.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000023.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000023.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000024.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000024.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000025.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000025.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000026.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000026.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000027.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000027.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000028.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000028.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000029.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000029.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000030.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000030.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000031.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000031.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000032.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000032.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000033.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000033.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000034.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000034.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000035.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000035.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000036.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000036.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000037.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000037.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000038.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000038.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000039.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000039.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000040.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000040.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000041.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000041.txt
```

```
D:\Images\001 Ace Waste Oil Inc\TPP00000042.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000042.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000043.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000043.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000044.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000044.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000045.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000045.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000046.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000046.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000047.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000047.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000048.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000048.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000049.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000049.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000050.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000050.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000051.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000051.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000052.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000052.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000053.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000053.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000054.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000054.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000055.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000055.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000056.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000056.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000057.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000057.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000058.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000058.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000059.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000059.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000060.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000060.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000061.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000061.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000062.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000062.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000063.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000063.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000064.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000064.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000065.tif
```

```
D:\Images\001  Ace Waste Oil Inc\TPP00000065.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000066.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000066.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000067.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000067.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000068.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000068.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000069.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000069.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000070.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000070.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000071.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000071.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000072.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000072.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000073.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000073.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000074.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000074.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000075.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000075.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000076.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000076.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000077.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000077.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000078.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000078.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000079.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000079.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000080.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000080.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000081.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000081.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000082.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000082.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000083.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000083.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000084.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000084.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000085.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000085.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000086.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000086.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000087.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000087.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000088.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000088.txt
```

```
D:\Images\001  Ace Waste Oil Inc\TPP00000089.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000089.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000090.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000090.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000091.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000091.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000092.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000092.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000093.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000093.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000094.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000094.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000095.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000095.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000096.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000096.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000097.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000097.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000098.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000098.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000099.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000099.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000100.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000100.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000101.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000101.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000102.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000102.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000103.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000103.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000104.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000104.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000105.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000105.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000106.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000106.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000107.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000107.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000108.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000108.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000109.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000109.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000110.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000110.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000111.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000111.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000112.tif
```

Third-Party Plaintiffs' 6/22/06 Rule 26 Production

```
D:\Images\001  Ace Waste Oil Inc\TPP00000112.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000113.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000113.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000114.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000114.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000115.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000115.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000116.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000116.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000117.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000117.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000118.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000118.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000119.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000119.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000120.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000120.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000121.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000121.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000122.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000122.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000123.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000123.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000124.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000124.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000125.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000125.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000126.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000126.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000127.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000127.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000128.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000128.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000129.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000129.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000130.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000130.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000131.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000131.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000132.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000132.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000133.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000133.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000134.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000134.txt
D:\Images\001  Ace Waste Oil Inc\TPP00000135.tif
D:\Images\001  Ace Waste Oil Inc\TPP00000135.txt
```

```
D:\Images\001 Ace Waste Oil Inc\TPP00000136.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000136.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000137.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000137.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000138.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000138.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000139.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000139.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000140.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000140.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000141.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000141.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000142.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000142.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000143.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000143.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000144.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000144.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000145.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000145.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000146.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000146.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000147.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000147.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000148.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000148.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000149.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000149.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000150.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000150.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000151.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000151.txt
D:\Images\001 Ace Waste Oil Inc\TPP00000152.tif
D:\Images\001 Ace Waste Oil Inc\TPP00000152.txt
D:\Images\002 Active Oil Service\TPP00000153.tif
D:\Images\002 Active Oil Service\TPP00000153.txt
D:\Images\002 Active Oil Service\TPP00000154.tif
D:\Images\002 Active Oil Service\TPP00000154.txt
D:\Images\002 Active Oil Service\TPP00000155.tif
D:\Images\002 Active Oil Service\TPP00000155.txt
D:\Images\002 Active Oil Service\TPP00000156.tif
D:\Images\002 Active Oil Service\TPP00000156.txt
D:\Images\002 Active Oil Service\TPP00000157.tif
D:\Images\002 Active Oil Service\TPP00000157.txt
D:\Images\002 Active Oil Service\TPP00000158.tif
D:\Images\002 Active Oil Service\TPP00000158.txt
D:\Images\002 Active Oil Service\TPP00000159.tif
```

D:\Images\002  Active Oil Service\TPP00000159.txt
D:\Images\002  Active Oil Service\TPP00000160.tif
D:\Images\002  Active Oil Service\TPP00000160.txt
D:\Images\002  Active Oil Service\TPP00000161.tif
D:\Images\002  Active Oil Service\TPP00000161.txt
D:\Images\002  Active Oil Service\TPP00000162.tif
D:\Images\002  Active Oil Service\TPP00000162.txt
D:\Images\002  Active Oil Service\TPP00000163.tif
D:\Images\002  Active Oil Service\TPP00000163.txt
D:\Images\002  Active Oil Service\TPP00000164.tif
D:\Images\002  Active Oil Service\TPP00000164.txt
D:\Images\002  Active Oil Service\TPP00000165.tif
D:\Images\002  Active Oil Service\TPP00000165.txt
D:\Images\002  Active Oil Service\TPP00000166.tif
D:\Images\002  Active Oil Service\TPP00000166.txt
D:\Images\002  Active Oil Service\TPP00000167.tif
D:\Images\002  Active Oil Service\TPP00000167.txt
D:\Images\002  Active Oil Service\TPP00000168.tif
D:\Images\002  Active Oil Service\TPP00000168.txt
D:\Images\002  Active Oil Service\TPP00000169.tif
D:\Images\002  Active Oil Service\TPP00000169.txt
D:\Images\002  Active Oil Service\TPP00000170.tif
D:\Images\002  Active Oil Service\TPP00000170.txt
D:\Images\002  Active Oil Service\TPP00000171.tif
D:\Images\002  Active Oil Service\TPP00000171.txt
D:\Images\002  Active Oil Service\TPP00000172.tif
D:\Images\002  Active Oil Service\TPP00000172.txt
D:\Images\002  Active Oil Service\TPP00000173.tif
D:\Images\002  Active Oil Service\TPP00000173.txt
D:\Images\002  Active Oil Service\TPP00000174.tif
D:\Images\002  Active Oil Service\TPP00000174.txt
D:\Images\002  Active Oil Service\TPP00000175.tif
D:\Images\002  Active Oil Service\TPP00000175.txt
D:\Images\002  Active Oil Service\TPP00000176.tif
D:\Images\002  Active Oil Service\TPP00000176.txt
D:\Images\002  Active Oil Service\TPP00000177.tif
D:\Images\002  Active Oil Service\TPP00000177.txt
D:\Images\002  Active Oil Service\TPP00000178.tif
D:\Images\002  Active Oil Service\TPP00000178.txt
D:\Images\002  Active Oil Service\TPP00000179.tif
D:\Images\002  Active Oil Service\TPP00000179.txt
D:\Images\002  Active Oil Service\TPP00000180.tif
D:\Images\002  Active Oil Service\TPP00000180.txt
D:\Images\002  Active Oil Service\TPP00000181.tif
D:\Images\002  Active Oil Service\TPP00000181.txt
D:\Images\002  Active Oil Service\TPP00000182.tif
D:\Images\002  Active Oil Service\TPP00000182.txt

```
D:\Images\002  Active Oil Service\TPP00000183.tif
D:\Images\002  Active Oil Service\TPP00000183.txt
D:\Images\002  Active Oil Service\TPP00000184.tif
D:\Images\002  Active Oil Service\TPP00000184.txt
D:\Images\002  Active Oil Service\TPP00000185.tif
D:\Images\002  Active Oil Service\TPP00000185.txt
D:\Images\002  Active Oil Service\TPP00000186.tif
D:\Images\002  Active Oil Service\TPP00000186.txt
D:\Images\002  Active Oil Service\TPP00000187.tif
D:\Images\002  Active Oil Service\TPP00000187.txt
D:\Images\002  Active Oil Service\TPP00000188.tif
D:\Images\002  Active Oil Service\TPP00000188.txt
D:\Images\002  Active Oil Service\TPP00000189.tif
D:\Images\002  Active Oil Service\TPP00000189.txt
D:\Images\002  Active Oil Service\TPP00000190.tif
D:\Images\002  Active Oil Service\TPP00000190.txt
D:\Images\002  Active Oil Service\TPP00000191.tif
D:\Images\002  Active Oil Service\TPP00000191.txt
D:\Images\002  Active Oil Service\TPP00000192.tif
D:\Images\002  Active Oil Service\TPP00000192.txt
D:\Images\002  Active Oil Service\TPP00000193.tif
D:\Images\002  Active Oil Service\TPP00000193.txt
D:\Images\002  Active Oil Service\TPP00000194.tif
D:\Images\002  Active Oil Service\TPP00000194.txt
D:\Images\002  Active Oil Service\TPP00000195.tif
D:\Images\002  Active Oil Service\TPP00000195.txt
D:\Images\002  Active Oil Service\TPP00000196.tif
D:\Images\002  Active Oil Service\TPP00000196.txt
D:\Images\002  Active Oil Service\TPP00000197.tif
D:\Images\002  Active Oil Service\TPP00000197.txt
D:\Images\002  Active Oil Service\TPP00000198.tif
D:\Images\002  Active Oil Service\TPP00000198.txt
D:\Images\002  Active Oil Service\TPP00000199.tif
D:\Images\002  Active Oil Service\TPP00000199.txt
D:\Images\002  Active Oil Service\TPP00000200.tif
D:\Images\002  Active Oil Service\TPP00000200.txt
D:\Images\002  Active Oil Service\TPP00000201.tif
D:\Images\002  Active Oil Service\TPP00000201.txt
D:\Images\002  Active Oil Service\TPP00000202.tif
D:\Images\002  Active Oil Service\TPP00000202.txt
D:\Images\002  Active Oil Service\TPP00000203.tif
D:\Images\002  Active Oil Service\TPP00000203.txt
D:\Images\002  Active Oil Service\TPP00000204.tif
D:\Images\002  Active Oil Service\TPP00000204.txt
D:\Images\002  Active Oil Service\TPP00000205.tif
D:\Images\002  Active Oil Service\TPP00000205.txt
D:\Images\002  Active Oil Service\TPP00000206.tif
```

```
D:\Images\002  Active Oil Service\TPP00000206.txt
D:\Images\002  Active Oil Service\TPP00000207.tif
D:\Images\002  Active Oil Service\TPP00000207.txt
D:\Images\002  Active Oil Service\TPP00000208.tif
D:\Images\002  Active Oil Service\TPP00000208.txt
D:\Images\002  Active Oil Service\TPP00000209.tif
D:\Images\002  Active Oil Service\TPP00000209.txt
D:\Images\002  Active Oil Service\TPP00000210.tif
D:\Images\002  Active Oil Service\TPP00000210.txt
D:\Images\002  Active Oil Service\TPP00000211.tif
D:\Images\002  Active Oil Service\TPP00000211.txt
D:\Images\002  Active Oil Service\TPP00000212.tif
D:\Images\002  Active Oil Service\TPP00000212.txt
D:\Images\002  Active Oil Service\TPP00000213.tif
D:\Images\002  Active Oil Service\TPP00000213.txt
D:\Images\002  Active Oil Service\TPP00000214.tif
D:\Images\002  Active Oil Service\TPP00000214.txt
D:\Images\002  Active Oil Service\TPP00000215.tif
D:\Images\002  Active Oil Service\TPP00000215.txt
D:\Images\002  Active Oil Service\TPP00000216.tif
D:\Images\002  Active Oil Service\TPP00000216.txt
D:\Images\002  Active Oil Service\TPP00000217.tif
D:\Images\002  Active Oil Service\TPP00000217.txt
D:\Images\002  Active Oil Service\TPP00000218.tif
D:\Images\002  Active Oil Service\TPP00000218.txt
D:\Images\002  Active Oil Service\TPP00000219.tif
D:\Images\002  Active Oil Service\TPP00000219.txt
D:\Images\002  Active Oil Service\TPP00000220.tif
D:\Images\002  Active Oil Service\TPP00000220.txt
D:\Images\002  Active Oil Service\TPP00000221.tif
D:\Images\002  Active Oil Service\TPP00000221.txt
D:\Images\002  Active Oil Service\TPP00000222.tif
D:\Images\002  Active Oil Service\TPP00000222.txt
D:\Images\002  Active Oil Service\TPP00000223.tif
D:\Images\002  Active Oil Service\TPP00000223.txt
D:\Images\002  Active Oil Service\TPP00000224.tif
D:\Images\002  Active Oil Service\TPP00000224.txt
D:\Images\002  Active Oil Service\TPP00000225.tif
D:\Images\002  Active Oil Service\TPP00000225.txt
D:\Images\002  Active Oil Service\TPP00000226.tif
D:\Images\002  Active Oil Service\TPP00000226.txt
D:\Images\002  Active Oil Service\TPP00000227.tif
D:\Images\002  Active Oil Service\TPP00000227.txt
D:\Images\002  Active Oil Service\TPP00000228.tif
D:\Images\002  Active Oil Service\TPP00000228.txt
D:\Images\002  Active Oil Service\TPP00000229.tif
D:\Images\002  Active Oil Service\TPP00000229.txt
```

D:\Images\002 Active Oil Service\TPP00000230.tif
D:\Images\002 Active Oil Service\TPP00000230.txt
D:\Images\002 Active Oil Service\TPP00000231.tif
D:\Images\002 Active Oil Service\TPP00000231.txt
D:\Images\002 Active Oil Service\TPP00000232.tif
D:\Images\002 Active Oil Service\TPP00000232.txt
D:\Images\002 Active Oil Service\TPP00000233.tif
D:\Images\002 Active Oil Service\TPP00000233.txt
D:\Images\002 Active Oil Service\TPP00000234.tif
D:\Images\002 Active Oil Service\TPP00000234.txt
D:\Images\002 Active Oil Service\TPP00000235.tif
D:\Images\002 Active Oil Service\TPP00000235.txt
D:\Images\002 Active Oil Service\TPP00000236.tif
D:\Images\002 Active Oil Service\TPP00000236.txt
D:\Images\002 Active Oil Service\TPP00000237.tif
D:\Images\002 Active Oil Service\TPP00000237.txt
D:\Images\002 Active Oil Service\TPP00000238.tif
D:\Images\002 Active Oil Service\TPP00000238.txt
D:\Images\002 Active Oil Service\TPP00000239.tif
D:\Images\002 Active Oil Service\TPP00000239.txt
D:\Images\002 Active Oil Service\TPP00000240.tif
D:\Images\002 Active Oil Service\TPP00000240.txt
D:\Images\002 Active Oil Service\TPP00000241.tif
D:\Images\002 Active Oil Service\TPP00000241.txt
D:\Images\002 Active Oil Service\TPP00000242.tif
D:\Images\002 Active Oil Service\TPP00000242.txt
D:\Images\002 Active Oil Service\TPP00000243.tif
D:\Images\002 Active Oil Service\TPP00000243.txt
D:\Images\002 Active Oil Service\TPP00000244.tif
D:\Images\002 Active Oil Service\TPP00000244.txt
D:\Images\002 Active Oil Service\TPP00000245.tif
D:\Images\002 Active Oil Service\TPP00000245.txt
D:\Images\002 Active Oil Service\TPP00000246.tif
D:\Images\002 Active Oil Service\TPP00000246.txt
D:\Images\002 Active Oil Service\TPP00000247.tif
D:\Images\002 Active Oil Service\TPP00000247.txt
D:\Images\002 Active Oil Service\TPP00000248.tif
D:\Images\002 Active Oil Service\TPP00000248.txt
D:\Images\002 Active Oil Service\TPP00000249.tif
D:\Images\002 Active Oil Service\TPP00000249.txt
D:\Images\002 Active Oil Service\TPP00000250.tif
D:\Images\002 Active Oil Service\TPP00000250.txt
D:\Images\002 Active Oil Service\TPP00000251.tif
D:\Images\002 Active Oil Service\TPP00000251.txt
D:\Images\002 Active Oil Service\TPP00000252.tif
D:\Images\002 Active Oil Service\TPP00000252.txt
D:\Images\002 Active Oil Service\TPP00000253.tif

Third-Party Plaintiffs' 6/22/06 Rule 26 Production

```
D:\Images\002  Active Oil Service\TPP00000253.txt
D:\Images\002  Active Oil Service\TPP00000254.tif
D:\Images\002  Active Oil Service\TPP00000254.txt
D:\Images\002  Active Oil Service\TPP00000255.tif
D:\Images\002  Active Oil Service\TPP00000255.txt
D:\Images\002  Active Oil Service\TPP00000256.tif
D:\Images\002  Active Oil Service\TPP00000256.txt
D:\Images\002  Active Oil Service\TPP00000257.tif
D:\Images\002  Active Oil Service\TPP00000257.txt
D:\Images\002  Active Oil Service\TPP00000258.tif
D:\Images\002  Active Oil Service\TPP00000258.txt
D:\Images\002  Active Oil Service\TPP00000259.tif
D:\Images\002  Active Oil Service\TPP00000259.txt
D:\Images\002  Active Oil Service\TPP00000260.tif
D:\Images\002  Active Oil Service\TPP00000260.txt
D:\Images\002  Active Oil Service\TPP00000261.tif
D:\Images\002  Active Oil Service\TPP00000261.txt
D:\Images\002  Active Oil Service\TPP00000262.tif
D:\Images\002  Active Oil Service\TPP00000262.txt
D:\Images\002  Active Oil Service\TPP00000263.tif
D:\Images\002  Active Oil Service\TPP00000263.txt
D:\Images\002  Active Oil Service\TPP00000264.tif
D:\Images\002  Active Oil Service\TPP00000264.txt
D:\Images\002  Active Oil Service\TPP00000265.tif
D:\Images\002  Active Oil Service\TPP00000265.txt
D:\Images\002  Active Oil Service\TPP00000266.tif
D:\Images\002  Active Oil Service\TPP00000266.txt
D:\Images\002  Active Oil Service\TPP00000267.tif
D:\Images\002  Active Oil Service\TPP00000267.txt
D:\Images\002  Active Oil Service\TPP00000268.tif
D:\Images\002  Active Oil Service\TPP00000268.txt
D:\Images\002  Active Oil Service\TPP00000269.tif
D:\Images\002  Active Oil Service\TPP00000269.txt
D:\Images\002  Active Oil Service\TPP00000270.tif
D:\Images\002  Active Oil Service\TPP00000270.txt
D:\Images\002  Active Oil Service\TPP00000271.tif
D:\Images\002  Active Oil Service\TPP00000271.txt
D:\Images\002  Active Oil Service\TPP00000272.tif
D:\Images\002  Active Oil Service\TPP00000272.txt
D:\Images\002  Active Oil Service\TPP00000273.tif
D:\Images\002  Active Oil Service\TPP00000273.txt
D:\Images\002  Active Oil Service\TPP00000274.tif
D:\Images\002  Active Oil Service\TPP00000274.txt
D:\Images\002  Active Oil Service\TPP00000275.tif
D:\Images\002  Active Oil Service\TPP00000275.txt
D:\Images\002  Active Oil Service\TPP00000276.tif
D:\Images\002  Active Oil Service\TPP00000276.txt
```

Third-Party Plaintiffs' 6/22/06 Rule 26 Production

```
D:\Images\002  Active Oil Service\TPP00000277.tif
D:\Images\002  Active Oil Service\TPP00000277.txt
D:\Images\002  Active Oil Service\TPP00000278.tif
D:\Images\002  Active Oil Service\TPP00000278.txt
D:\Images\002  Active Oil Service\TPP00000279.tif
D:\Images\002  Active Oil Service\TPP00000279.txt
D:\Images\002  Active Oil Service\TPP00000280.tif
D:\Images\002  Active Oil Service\TPP00000280.txt
D:\Images\002  Active Oil Service\TPP00000281.tif
D:\Images\002  Active Oil Service\TPP00000281.txt
D:\Images\002  Active Oil Service\TPP00000282.tif
D:\Images\002  Active Oil Service\TPP00000282.txt
D:\Images\002  Active Oil Service\TPP00000283.tif
D:\Images\002  Active Oil Service\TPP00000283.txt
D:\Images\002  Active Oil Service\TPP00000284.tif
D:\Images\002  Active Oil Service\TPP00000284.txt
D:\Images\002  Active Oil Service\TPP00000285.tif
D:\Images\002  Active Oil Service\TPP00000285.txt
D:\Images\002  Active Oil Service\TPP00000286.tif
D:\Images\002  Active Oil Service\TPP00000286.txt
D:\Images\002  Active Oil Service\TPP00000287.tif
D:\Images\002  Active Oil Service\TPP00000287.txt
D:\Images\002  Active Oil Service\TPP00000288.tif
D:\Images\002  Active Oil Service\TPP00000288.txt
D:\Images\002  Active Oil Service\TPP00000289.tif
D:\Images\002  Active Oil Service\TPP00000289.txt
D:\Images\002  Active Oil Service\TPP00000290.tif
D:\Images\002  Active Oil Service\TPP00000290.txt
D:\Images\002  Active Oil Service\TPP00000291.tif
D:\Images\002  Active Oil Service\TPP00000291.txt
D:\Images\002  Active Oil Service\TPP00000292.tif
D:\Images\002  Active Oil Service\TPP00000292.txt
D:\Images\002  Active Oil Service\TPP00000293.tif
D:\Images\002  Active Oil Service\TPP00000293.txt
D:\Images\002  Active Oil Service\TPP00000294.tif
D:\Images\002  Active Oil Service\TPP00000294.txt
D:\Images\002  Active Oil Service\TPP00000295.tif
D:\Images\002  Active Oil Service\TPP00000295.txt
D:\Images\002  Active Oil Service\TPP00000296.tif
D:\Images\002  Active Oil Service\TPP00000296.txt
D:\Images\002  Active Oil Service\TPP00000297.tif
D:\Images\002  Active Oil Service\TPP00000297.txt
D:\Images\002  Active Oil Service\TPP00000298.tif
D:\Images\002  Active Oil Service\TPP00000298.txt
D:\Images\002  Active Oil Service\TPP00000299.tif
D:\Images\002  Active Oil Service\TPP00000299.txt
D:\Images\002  Active Oil Service\TPP00000300.tif
```

Third-Party Plaintiffs' 6/22/06 Rule 26 Production

```
D:\Images\002  Active Oil Service\TPP00000300.txt
D:\Images\002  Active Oil Service\TPP00000301.tif
D:\Images\002  Active Oil Service\TPP00000301.txt
D:\Images\002  Active Oil Service\TPP00000302.tif
D:\Images\002  Active Oil Service\TPP00000302.txt
D:\Images\002  Active Oil Service\TPP00000303.tif
D:\Images\002  Active Oil Service\TPP00000303.txt
D:\Images\002  Active Oil Service\TPP00000304.tif
D:\Images\002  Active Oil Service\TPP00000304.txt
D:\Images\002  Active Oil Service\TPP00000305.tif
D:\Images\002  Active Oil Service\TPP00000305.txt
D:\Images\002  Active Oil Service\TPP00000306.tif
D:\Images\002  Active Oil Service\TPP00000306.txt
D:\Images\002  Active Oil Service\TPP00000307.tif
D:\Images\002  Active Oil Service\TPP00000307.txt
D:\Images\002  Active Oil Service\TPP00000308.tif
D:\Images\002  Active Oil Service\TPP00000308.txt
D:\Images\002  Active Oil Service\TPP00000309.tif
D:\Images\002  Active Oil Service\TPP00000309.txt
D:\Images\002  Active Oil Service\TPP00000310.tif
D:\Images\002  Active Oil Service\TPP00000310.txt
D:\Images\002  Active Oil Service\TPP00000311.tif
D:\Images\002  Active Oil Service\TPP00000311.txt
D:\Images\002  Active Oil Service\TPP00000312.tif
D:\Images\002  Active Oil Service\TPP00000312.txt
D:\Images\002  Active Oil Service\TPP00000313.tif
D:\Images\002  Active Oil Service\TPP00000313.txt
D:\Images\002  Active Oil Service\TPP00000314.tif
D:\Images\002  Active Oil Service\TPP00000314.txt
D:\Images\002  Active Oil Service\TPP00000315.tif
D:\Images\002  Active Oil Service\TPP00000315.txt
D:\Images\002  Active Oil Service\TPP00000316.tif
D:\Images\002  Active Oil Service\TPP00000316.txt
D:\Images\002  Active Oil Service\TPP00000317.tif
D:\Images\002  Active Oil Service\TPP00000317.txt
D:\Images\002  Active Oil Service\TPP00000318.tif
D:\Images\002  Active Oil Service\TPP00000318.txt
D:\Images\002  Active Oil Service\TPP00000319.tif
D:\Images\002  Active Oil Service\TPP00000319.txt
D:\Images\002  Active Oil Service\TPP00000320.tif
D:\Images\002  Active Oil Service\TPP00000320.txt
D:\Images\002  Active Oil Service\TPP00000321.tif
D:\Images\002  Active Oil Service\TPP00000321.txt
D:\Images\002  Active Oil Service\TPP00000322.tif
D:\Images\002  Active Oil Service\TPP00000322.txt
D:\Images\002  Active Oil Service\TPP00000323.tif
D:\Images\002  Active Oil Service\TPP00000323.txt
```