Exhibit 3

Third-Party Plaintiffs' 12/15/06 Rule 26 Production

**Filename**

D:\Production\Ace Waste Oil Inc
D:\Production\Active Oil Service
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)
D:\Production\All - County Environmental Service Corp
D:\Production\American Classic Sanitation (fka Farnham Environmental)
D:\Production\Amphenol Corporation
D:\Production\Andax Environmental Corp
D:\Production\Ashland Chemical Inc (aka Ashland Inc)
D:\Production\Avco Corporation (aka Avco Lycoming) (Textron)
D:\Production\Brookhaven National Laboratory
D:\Production\Clairol - P&G Clairol Inc (fka Proctor & Gamble Hair)
D:\Production\Coastal Oil Co
D:\Production\Coastal Services Inc
D:\Production\Consolidated Container Company LP (fka Continental Can)
D:\Production\Crosman Corporation (fka Coleman Airguns Inc)
D:\Production\Daily Cash Receipts
D:\Production\EQ Northeast Inc (aka Franklin Environmental Service Inc)
D:\Production\General
D:\Production\Harbor Petroleum Corp
D:\Production\Hitchcock Gas Engine Company
D:\Production\Industrial Development Corp (aka Industrial Environmental)
D:\Production\Interstate Tank Cleaning Corp
D:\Production\Jones Environmental Services (fka Jet-Line Services)
D:\Production\Kraft Foods Global Inc (fka Ware Chemical) (Dart)
D:\Production\Midland Asphalt Materials Inc (fka Midland Asphalt Corp)
D:\Production\Mite Corporation (Heli-Coil Corporation)
D:\Production\Neapco Inc (aka United Components Inc)
D:\Production\New England Tank Lining of CT (NETLOC)
D:\Production\New Era Oil Service Inc
D:\Production\Praxair Inc (Dow Chemical Company) (Union Carbide)
D:\Production\Republic Environmental Systems Inc (aka Chemical Mgmt)
D:\Production\Revere Copper Products Inc (aka Revere Copper & Brass Inc)
D:\Production\Rexam Beverage Can Company (aka American National Can)
D:\Production\River Terminal Development (Scrap Yard Division)
D:\Production\Simmonds Precision Products Inc
D:\Production\Sunoco Inc (aka Sun Oil Refinery) (fka Sun Oil Co)
D:\Production\Teledyne Ansonia (aka Teledyne Technologies Incorporated)
D:\Production\Total Recovery Inc
D:\Production\Transcripts
D:\Production\Trips Tickets & Related Records
D:\Production\United States Department of the Navy
D:\Production\United States Department Of the Air Force
D:\Production\United States Department of the Army
D:\Production\United States Department of the Coast Guard
D:\Production\United States Department of Defense
D:\Production\Wallace Industries Inc (aka Wallace Steel Corp)

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Waste Management (F P R Bohager & Sons)
D:\Production\Wyman-Gordon Company
D:\Production\Zollo Drum Company
D:\Production\Ace Waste Oil Inc\TPP00032443.tif
D:\Production\Ace Waste Oil Inc\TPP00032447.tif
D:\Production\Ace Waste Oil Inc\TPP00032444.tif
D:\Production\Ace Waste Oil Inc\TPP00032441.tif
D:\Production\Ace Waste Oil Inc\TPP00032445.tif
D:\Production\Ace Waste Oil Inc\TPP00032442.tif
D:\Production\Ace Waste Oil Inc\TPP00032446.tif
D:\Production\Ace Waste Oil Inc\TPP00032443.txt
D:\Production\Ace Waste Oil Inc\TPP00032447.txt
D:\Production\Ace Waste Oil Inc\TPP00032444.txt
D:\Production\Ace Waste Oil Inc\TPP00032441.txt
D:\Production\Ace Waste Oil Inc\TPP00032445.txt
D:\Production\Ace Waste Oil Inc\TPP00032442.txt
D:\Production\Ace Waste Oil Inc\TPP00032446.txt
D:\Production\Ace Waste Oil Inc\TPP00032437.tif
D:\Production\Ace Waste Oil Inc\TPP00032437.txt
D:\Production\Ace Waste Oil Inc\TPP00032438.tif
D:\Production\Ace Waste Oil Inc\TPP00032438.txt
D:\Production\Ace Waste Oil Inc\TPP00032439.tif
D:\Production\Ace Waste Oil Inc\TPP00032439.txt
D:\Production\Ace Waste Oil Inc\TPP00032440.tif
D:\Production\Ace Waste Oil Inc\TPP00032440.txt
D:\Production\Active Oil Service\TPP00032542.tif
D:\Production\Active Oil Service\TPP00032552.tif
D:\Production\Active Oil Service\TPP00032522.tif
D:\Production\Active Oil Service\TPP00032532.tif
D:\Production\Active Oil Service\TPP00032502.tif
D:\Production\Active Oil Service\TPP00032512.tif
D:\Production\Active Oil Service\TPP00032546.tif
D:\Production\Active Oil Service\TPP00032556.tif
D:\Production\Active Oil Service\TPP00032526.tif
D:\Production\Active Oil Service\TPP00032536.tif
D:\Production\Active Oil Service\TPP00032506.tif
D:\Production\Active Oil Service\TPP00032516.tif
D:\Production\Active Oil Service\TPP00032473.tif
D:\Production\Active Oil Service\TPP00032453.tif
D:\Production\Active Oil Service\TPP00032463.tif
D:\Production\Active Oil Service\TPP00032477.tif
D:\Production\Active Oil Service\TPP00032457.tif
D:\Production\Active Oil Service\TPP00032467.tif
D:\Production\Active Oil Service\TPP00032543.tif
D:\Production\Active Oil Service\TPP00032553.tif
D:\Production\Active Oil Service\TPP00032523.tif
D:\Production\Active Oil Service\TPP00032533.tif

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Active Oil Service\TPP00032503.tif
D:\Production\Active Oil Service\TPP00032513.tif
D:\Production\Active Oil Service\TPP00032547.tif
D:\Production\Active Oil Service\TPP00032557.tif
D:\Production\Active Oil Service\TPP00032527.tif
D:\Production\Active Oil Service\TPP00032537.tif
D:\Production\Active Oil Service\TPP00032507.tif
D:\Production\Active Oil Service\TPP00032517.tif
D:\Production\Active Oil Service\TPP00032470.tif
D:\Production\Active Oil Service\TPP00032460.tif
D:\Production\Active Oil Service\TPP00032474.tif
D:\Production\Active Oil Service\TPP00032454.tif
D:\Production\Active Oil Service\TPP00032464.tif
D:\Production\Active Oil Service\TPP00032478.tif
D:\Production\Active Oil Service\TPP00032458.tif
D:\Production\Active Oil Service\TPP00032468.tif
D:\Production\Active Oil Service\TPP00032540.tif
D:\Production\Active Oil Service\TPP00032550.tif
D:\Production\Active Oil Service\TPP00032520.tif
D:\Production\Active Oil Service\TPP00032530.tif
D:\Production\Active Oil Service\TPP00032500.tif
D:\Production\Active Oil Service\TPP00032510.tif
D:\Production\Active Oil Service\TPP00032560.tif
D:\Production\Active Oil Service\TPP00032544.tif
D:\Production\Active Oil Service\TPP00032554.tif
D:\Production\Active Oil Service\TPP00032524.tif
D:\Production\Active Oil Service\TPP00032534.tif
D:\Production\Active Oil Service\TPP00032504.tif
D:\Production\Active Oil Service\TPP00032514.tif
D:\Production\Active Oil Service\TPP00032548.tif
D:\Production\Active Oil Service\TPP00032558.tif
D:\Production\Active Oil Service\TPP00032528.tif
D:\Production\Active Oil Service\TPP00032538.tif
D:\Production\Active Oil Service\TPP00032508.tif
D:\Production\Active Oil Service\TPP00032518.tif
D:\Production\Active Oil Service\TPP00032471.tif
D:\Production\Active Oil Service\TPP00032461.tif
D:\Production\Active Oil Service\TPP00032475.tif
D:\Production\Active Oil Service\TPP00032455.tif
D:\Production\Active Oil Service\TPP00032465.tif
D:\Production\Active Oil Service\TPP00032479.tif
D:\Production\Active Oil Service\TPP00032459.tif
D:\Production\Active Oil Service\TPP00032469.tif
D:\Production\Active Oil Service\TPP00032541.tif
D:\Production\Active Oil Service\TPP00032551.tif
D:\Production\Active Oil Service\TPP00032521.tif
D:\Production\Active Oil Service\TPP00032531.tif

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Active Oil Service\TPP00032501.tif
D:\Production\Active Oil Service\TPP00032511.tif
D:\Production\Active Oil Service\TPP00032545.tif
D:\Production\Active Oil Service\TPP00032555.tif
D:\Production\Active Oil Service\TPP00032525.tif
D:\Production\Active Oil Service\TPP00032535.tif
D:\Production\Active Oil Service\TPP00032505.tif
D:\Production\Active Oil Service\TPP00032515.tif
D:\Production\Active Oil Service\TPP00032549.tif
D:\Production\Active Oil Service\TPP00032559.tif
D:\Production\Active Oil Service\TPP00032529.tif
D:\Production\Active Oil Service\TPP00032539.tif
D:\Production\Active Oil Service\TPP00032509.tif
D:\Production\Active Oil Service\TPP00032519.tif
D:\Production\Active Oil Service\TPP00032472.tif
D:\Production\Active Oil Service\TPP00032452.tif
D:\Production\Active Oil Service\TPP00032462.tif
D:\Production\Active Oil Service\TPP00032476.tif
D:\Production\Active Oil Service\TPP00032456.tif
D:\Production\Active Oil Service\TPP00032466.tif
D:\Production\Active Oil Service\TPP00032483.tif
D:\Production\Active Oil Service\TPP00032493.tif
D:\Production\Active Oil Service\TPP00032487.tif
D:\Production\Active Oil Service\TPP00032497.tif
D:\Production\Active Oil Service\TPP00032480.tif
D:\Production\Active Oil Service\TPP00032490.tif
D:\Production\Active Oil Service\TPP00032484.tif
D:\Production\Active Oil Service\TPP00032494.tif
D:\Production\Active Oil Service\TPP00032488.tif
D:\Production\Active Oil Service\TPP00032498.tif
D:\Production\Active Oil Service\TPP00032481.tif
D:\Production\Active Oil Service\TPP00032491.tif
D:\Production\Active Oil Service\TPP00032485.tif
D:\Production\Active Oil Service\TPP00032495.tif
D:\Production\Active Oil Service\TPP00032489.tif
D:\Production\Active Oil Service\TPP00032499.tif
D:\Production\Active Oil Service\TPP00032482.tif
D:\Production\Active Oil Service\TPP00032492.tif
D:\Production\Active Oil Service\TPP00032486.tif
D:\Production\Active Oil Service\TPP00032496.tif
D:\Production\Active Oil Service\TPP00032522.txt
D:\Production\Active Oil Service\TPP00032532.txt
D:\Production\Active Oil Service\TPP00032502.txt
D:\Production\Active Oil Service\TPP00032512.txt
D:\Production\Active Oil Service\TPP00032526.txt
D:\Production\Active Oil Service\TPP00032536.txt
D:\Production\Active Oil Service\TPP00032506.txt

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Active Oil Service\TPP00032516.txt
D:\Production\Active Oil Service\TPP00032523.txt
D:\Production\Active Oil Service\TPP00032533.txt
D:\Production\Active Oil Service\TPP00032503.txt
D:\Production\Active Oil Service\TPP00032513.txt
D:\Production\Active Oil Service\TPP00032527.txt
D:\Production\Active Oil Service\TPP00032537.txt
D:\Production\Active Oil Service\TPP00032507.txt
D:\Production\Active Oil Service\TPP00032517.txt
D:\Production\Active Oil Service\TPP00032520.txt
D:\Production\Active Oil Service\TPP00032530.txt
D:\Production\Active Oil Service\TPP00032500.txt
D:\Production\Active Oil Service\TPP00032510.txt
D:\Production\Active Oil Service\TPP00032524.txt
D:\Production\Active Oil Service\TPP00032534.txt
D:\Production\Active Oil Service\TPP00032504.txt
D:\Production\Active Oil Service\TPP00032514.txt
D:\Production\Active Oil Service\TPP00032528.txt
D:\Production\Active Oil Service\TPP00032538.txt
D:\Production\Active Oil Service\TPP00032508.txt
D:\Production\Active Oil Service\TPP00032518.txt
D:\Production\Active Oil Service\TPP00032521.txt
D:\Production\Active Oil Service\TPP00032531.txt
D:\Production\Active Oil Service\TPP00032501.txt
D:\Production\Active Oil Service\TPP00032511.txt
D:\Production\Active Oil Service\TPP00032525.txt
D:\Production\Active Oil Service\TPP00032535.txt
D:\Production\Active Oil Service\TPP00032505.txt
D:\Production\Active Oil Service\TPP00032515.txt
D:\Production\Active Oil Service\TPP00032529.txt
D:\Production\Active Oil Service\TPP00032539.txt
D:\Production\Active Oil Service\TPP00032509.txt
D:\Production\Active Oil Service\TPP00032519.txt
D:\Production\Active Oil Service\TPP00032542.txt
D:\Production\Active Oil Service\TPP00032552.txt
D:\Production\Active Oil Service\TPP00032546.txt
D:\Production\Active Oil Service\TPP00032556.txt
D:\Production\Active Oil Service\TPP00032483.txt
D:\Production\Active Oil Service\TPP00032493.txt
D:\Production\Active Oil Service\TPP00032463.txt
D:\Production\Active Oil Service\TPP00032473.txt
D:\Production\Active Oil Service\TPP00032453.txt
D:\Production\Active Oil Service\TPP00032487.txt
D:\Production\Active Oil Service\TPP00032497.txt
D:\Production\Active Oil Service\TPP00032467.txt
D:\Production\Active Oil Service\TPP00032477.txt
D:\Production\Active Oil Service\TPP00032457.txt

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Active Oil Service\TPP00032543.txt
D:\Production\Active Oil Service\TPP00032553.txt
D:\Production\Active Oil Service\TPP00032547.txt
D:\Production\Active Oil Service\TPP00032557.txt
D:\Production\Active Oil Service\TPP00032480.txt
D:\Production\Active Oil Service\TPP00032490.txt
D:\Production\Active Oil Service\TPP00032460.txt
D:\Production\Active Oil Service\TPP00032470.txt
D:\Production\Active Oil Service\TPP00032484.txt
D:\Production\Active Oil Service\TPP00032494.txt
D:\Production\Active Oil Service\TPP00032464.txt
D:\Production\Active Oil Service\TPP00032474.txt
D:\Production\Active Oil Service\TPP00032454.txt
D:\Production\Active Oil Service\TPP00032488.txt
D:\Production\Active Oil Service\TPP00032498.txt
D:\Production\Active Oil Service\TPP00032468.txt
D:\Production\Active Oil Service\TPP00032478.txt
D:\Production\Active Oil Service\TPP00032458.txt
D:\Production\Active Oil Service\TPP00032560.txt
D:\Production\Active Oil Service\TPP00032540.txt
D:\Production\Active Oil Service\TPP00032550.txt
D:\Production\Active Oil Service\TPP00032544.txt
D:\Production\Active Oil Service\TPP00032554.txt
D:\Production\Active Oil Service\TPP00032548.txt
D:\Production\Active Oil Service\TPP00032558.txt
D:\Production\Active Oil Service\TPP00032481.txt
D:\Production\Active Oil Service\TPP00032491.txt
D:\Production\Active Oil Service\TPP00032461.txt
D:\Production\Active Oil Service\TPP00032471.txt
D:\Production\Active Oil Service\TPP00032485.txt
D:\Production\Active Oil Service\TPP00032495.txt
D:\Production\Active Oil Service\TPP00032465.txt
D:\Production\Active Oil Service\TPP00032475.txt
D:\Production\Active Oil Service\TPP00032455.txt
D:\Production\Active Oil Service\TPP00032489.txt
D:\Production\Active Oil Service\TPP00032499.txt
D:\Production\Active Oil Service\TPP00032469.txt
D:\Production\Active Oil Service\TPP00032479.txt
D:\Production\Active Oil Service\TPP00032459.txt
D:\Production\Active Oil Service\TPP00032541.txt
D:\Production\Active Oil Service\TPP00032551.txt
D:\Production\Active Oil Service\TPP00032545.txt
D:\Production\Active Oil Service\TPP00032555.txt
D:\Production\Active Oil Service\TPP00032549.txt
D:\Production\Active Oil Service\TPP00032559.txt
D:\Production\Active Oil Service\TPP00032482.txt
D:\Production\Active Oil Service\TPP00032492.txt

Third-Party Plaintiffs' 12/18/06 Rule 26 Production

D:\Production\Active Oil Service\TPP00032462.txt
D:\Production\Active Oil Service\TPP00032472.txt
D:\Production\Active Oil Service\TPP00032452.txt
D:\Production\Active Oil Service\TPP00032486.txt
D:\Production\Active Oil Service\TPP00032496.txt
D:\Production\Active Oil Service\TPP00032466.txt
D:\Production\Active Oil Service\TPP00032476.txt
D:\Production\Active Oil Service\TPP00032456.txt
D:\Production\Active Oil Service\TPP00032448.tif
D:\Production\Active Oil Service\TPP00032448.txt
D:\Production\Active Oil Service\TPP00032449.tif
D:\Production\Active Oil Service\TPP00032449.txt
D:\Production\Active Oil Service\TPP00032450.tif
D:\Production\Active Oil Service\TPP00032450.txt
D:\Production\Active Oil Service\TPP00032451.tif
D:\Production\Active Oil Service\TPP00032451.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032572.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032771.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032741.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032751.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032721.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032731.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032701.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032711.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032761.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032576.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032775.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032745.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032755.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032725.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032735.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032705.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032715.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032566.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032765.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032779.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032749.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032759.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032729.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032739.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032709.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032719.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032769.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032672.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032642.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032652.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032622.tif

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032821.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032632.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032602.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032801.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032612.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032811.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032662.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032676.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032646.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032656.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032626.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032825.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032636.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032606.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032805.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032616.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032815.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032666.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032809.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032819.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032573.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032772.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032742.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032752.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032722.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032732.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032702.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032712.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032762.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032577.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032776.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032746.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032756.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032726.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032736.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032706.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032716.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032567.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032766.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032673.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032643.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032653.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032623.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032822.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032633.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032603.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032802.tif

Third-Party Plaintiffs' 12/14/96 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032613.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032812.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032663.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032677.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032647.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032657.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032627.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032637.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032607.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032806.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032617.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032816.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032667.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032570.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032574.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032773.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032743.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032753.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032723.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032733.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032703.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032713.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032763.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032578.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032777.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032747.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032757.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032727.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032737.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032707.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032717.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032568.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032767.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032670.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032640.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032650.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032620.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032630.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032600.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032610.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032660.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032674.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032644.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032654.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032624.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032823.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032634.tif

Third-Party Plaintiffs' 12/14/96 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032604.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032803.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032614.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032813.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032664.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032678.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032648.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032658.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032628.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032638.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032608.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032807.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032618.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032817.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032668.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032571.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032770.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032740.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032750.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032720.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032730.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032700.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032710.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032760.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032575.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032774.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032744.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032754.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032724.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032734.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032704.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032714.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032565.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032764.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032579.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032778.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032748.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032758.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032728.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032738.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032708.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032718.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032569.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032768.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032671.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032641.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032651.tif

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032621.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032820.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032631.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032601.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032800.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032611.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032810.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032661.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032675.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032645.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032655.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032625.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032824.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032635.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032605.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032804.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032615.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032814.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032665.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032679.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032649.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032659.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032629.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032639.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032609.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032808.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032619.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032818.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032669.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032582.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032781.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032592.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032791.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032586.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032785.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032596.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032795.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032789.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032799.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032682.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032692.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032686.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032696.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032583.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032782.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032593.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032792.tif

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032587.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032786.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032597.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032796.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032683.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032693.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032687.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032697.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032580.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032590.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032584.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032783.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032594.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032793.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032588.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032787.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032598.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032797.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032680.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032690.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032684.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032694.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032688.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032698.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032581.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032780.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032591.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032790.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032585.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032784.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032595.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032794.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032589.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032788.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032599.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032798.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032681.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032691.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032685.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032695.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032689.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032699.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032721.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032731.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032701.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032711.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032725.txt

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032735.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032705.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032715.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032729.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032739.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032709.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032719.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032622.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032821.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032632.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032602.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032801.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032612.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032811.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032626.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032825.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032636.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032606.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032805.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032616.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032815.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032809.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032819.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032722.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032732.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032702.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032712.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032726.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032736.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032706.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032716.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032623.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032822.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032633.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032603.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032802.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032613.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032812.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032627.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032637.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032607.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032806.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032617.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032816.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032723.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032733.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032703.txt

Third-Party Plaintiffs' 12/14/96 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032713.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032727.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032737.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032707.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032717.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032620.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032630.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032600.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032610.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032624.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032823.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032634.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032604.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032803.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032614.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032813.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032628.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032638.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032608.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032807.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032618.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032817.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032720.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032730.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032700.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032710.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032724.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032734.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032704.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032714.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032728.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032738.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032708.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032718.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032621.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032820.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032631.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032601.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032800.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032611.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032810.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032625.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032824.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032635.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032605.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032804.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032615.txt

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032814.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032629.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032639.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032609.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032808.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032619.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032818.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032582.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032781.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032592.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032791.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032761.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032572.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032771.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032741.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032751.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032586.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032785.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032596.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032795.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032566.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032765.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032576.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032775.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032745.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032755.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032789.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032799.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032769.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032779.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032749.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032759.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032682.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032692.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032662.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032672.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032642.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032652.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032686.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032696.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032666.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032676.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032646.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032656.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032583.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032782.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032593.txt

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032792.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032762.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032573.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032772.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032742.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032752.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032587.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032786.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032597.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032796.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032567.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032766.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032577.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032776.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032746.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032756.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032683.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032693.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032663.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032673.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032643.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032653.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032687.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032697.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032667.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032677.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032647.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032657.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032580.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032590.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032570.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032584.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032783.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032594.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032793.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032763.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032574.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032773.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032743.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032753.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032588.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032787.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032598.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032797.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032568.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032767.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032578.txt

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032777.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032747.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032757.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032680.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032690.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032660.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032670.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032640.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032650.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032684.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032694.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032664.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032674.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032644.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032654.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032688.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032698.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032668.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032678.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032648.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032658.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032581.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032780.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032591.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032790.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032760.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032571.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032770.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032740.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032750.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032585.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032784.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032595.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032794.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032565.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032764.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032575.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032774.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032744.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032754.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032589.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032788.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032599.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032798.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032569.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032768.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032579.txt

Third-Party Plaintiffs' 12/14/06 Rule 26 Production

D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032778.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032748.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032758.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032681.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032691.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032661.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032671.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032641.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032651.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032685.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032695.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032665.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032675.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032645.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032655.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032689.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032699.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032669.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032679.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032649.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032659.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032561.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032561.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032562.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032562.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032563.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032563.txt
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032564.tif
D:\Production\Alcan Corporation (aka Alcan Sheet & Plate)\TPP00032564.txt
D:\Production\All - County Environmental Service Corp\TPP00032831.tif
D:\Production\All - County Environmental Service Corp\TPP00032832.tif
D:\Production\All - County Environmental Service Corp\TPP00032833.tif
D:\Production\All - County Environmental Service Corp\TPP00032830.tif
D:\Production\All - County Environmental Service Corp\TPP00032834.tif
D:\Production\All - County Environmental Service Corp\TPP00032831.txt
D:\Production\All - County Environmental Service Corp\TPP00032832.txt
D:\Production\All - County Environmental Service Corp\TPP00032833.txt
D:\Production\All - County Environmental Service Corp\TPP00032830.txt
D:\Production\All - County Environmental Service Corp\TPP00032834.txt
D:\Production\All - County Environmental Service Corp\TPP00032826.tif
D:\Production\All - County Environmental Service Corp\TPP00032826.txt
D:\Production\All - County Environmental Service Corp\TPP00032827.tif
D:\Production\All - County Environmental Service Corp\TPP00032827.txt
D:\Production\All - County Environmental Service Corp\TPP00032828.tif
D:\Production\All - County Environmental Service Corp\TPP00032828.txt
D:\Production\All - County Environmental Service Corp\TPP00032829.tif
D:\Production\All - County Environmental Service Corp\TPP00032829.txt

D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032841.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032851.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032845.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032855.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032849.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032839.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032842.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032852.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032846.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032856.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032843.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032853.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032847.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032857.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032840.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032850.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032844.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032854.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032848.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032839.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032841.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032851.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032845.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032855.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032849.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032842.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032852.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032846.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032856.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032843.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032853.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032847.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032857.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032840.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032850.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032844.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032854.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032848.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032835.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032835.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032836.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032836.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032837.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032837.txt
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032838.tif
D:\Production\American Classic Sanitation (fka Farnham Environmental)\TPP00032838.txt
D:\Production\Amphenol Corporation\TPP00033403.tif

Third-Party Plaintiffs' 12/14/96 Rule 26 Production

D:\Production\Amphenol Corporation\TPP00033400.tif
D:\Production\Amphenol Corporation\TPP00033404.tif
D:\Production\Amphenol Corporation\TPP00033401.tif
D:\Production\Amphenol Corporation\TPP00033405.tif
D:\Production\Amphenol Corporation\TPP00033402.tif
D:\Production\Amphenol Corporation\TPP00033393.tif
D:\Production\Amphenol Corporation\TPP00033383.tif
D:\Production\Amphenol Corporation\TPP00033397.tif
D:\Production\Amphenol Corporation\TPP00033387.tif
D:\Production\Amphenol Corporation\TPP00033390.tif
D:\Production\Amphenol Corporation\TPP00033394.tif
D:\Production\Amphenol Corporation\TPP00033384.tif
D:\Production\Amphenol Corporation\TPP00033398.tif
D:\Production\Amphenol Corporation\TPP00033388.tif
D:\Production\Amphenol Corporation\TPP00033391.tif
D:\Production\Amphenol Corporation\TPP00033381.tif
D:\Production\Amphenol Corporation\TPP00033395.tif
D:\Production\Amphenol Corporation\TPP00033385.tif
D:\Production\Amphenol Corporation\TPP00033399.tif
D:\Production\Amphenol Corporation\TPP00033389.tif
D:\Production\Amphenol Corporation\TPP00033392.tif
D:\Production\Amphenol Corporation\TPP00033382.tif
D:\Production\Amphenol Corporation\TPP00033396.tif
D:\Production\Amphenol Corporation\TPP00033386.tif
D:\Production\Amphenol Corporation\TPP00033403.txt
D:\Production\Amphenol Corporation\TPP00033400.txt
D:\Production\Amphenol Corporation\TPP00033404.txt
D:\Production\Amphenol Corporation\TPP00033401.txt
D:\Production\Amphenol Corporation\TPP00033405.txt
D:\Production\Amphenol Corporation\TPP00033402.txt
D:\Production\Amphenol Corporation\TPP00033393.txt
D:\Production\Amphenol Corporation\TPP00033383.txt
D:\Production\Amphenol Corporation\TPP00033397.txt
D:\Production\Amphenol Corporation\TPP00033387.txt
D:\Production\Amphenol Corporation\TPP00033390.txt
D:\Production\Amphenol Corporation\TPP00033394.txt
D:\Production\Amphenol Corporation\TPP00033384.txt
D:\Production\Amphenol Corporation\TPP00033398.txt
D:\Production\Amphenol Corporation\TPP00033388.txt
D:\Production\Amphenol Corporation\TPP00033391.txt
D:\Production\Amphenol Corporation\TPP00033381.txt
D:\Production\Amphenol Corporation\TPP00033395.txt
D:\Production\Amphenol Corporation\TPP00033385.txt
D:\Production\Amphenol Corporation\TPP00033399.txt
D:\Production\Amphenol Corporation\TPP00033389.txt
D:\Production\Amphenol Corporation\TPP00033392.txt
D:\Production\Amphenol Corporation\TPP00033382.txt