**GIBBONS**

CAMILLE V. OTERO
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4509 Fax: (973) 639-8321
cotero@gibbonslaw.com

January 9, 2014

<u>VIA ECF</u>

Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: DMJ Associates, L.L.C., v. Carl A. Capasso, et al., v. Exxon Mobil Corp., et al. v. Ace Waste Oil, Inc., et al.
     Civil Action No. 97-CV-7285 (DLI) (RML)

Dear Judge Levy:

  We represent Third-Party Defendant Rexam Beverage Can Company ("Rexam") in the above-captioned matter and write on behalf of Rexam and as liaison counsel to those Third-Party Defendants in our Joint Defense Group (collectively the "G-9").[1] In advance of the Case Management Conference scheduled for Friday, January 10, 2014, we provide the following call-in details for the Court and all parties of record:

      **Toll Free: (877) 491-8676**

      **Participant Code: 6441041**

      **Leader Code: 2039826**

Thank you,

Respectfully submitted,

Camille V. Otero
Director

cc:  All Counsel of Record

---

[1] The Third-Party Defendants in our Joint Defense Group are: AVCO Corporation, Conoco Phillips Company, Crown Cork & Seal Company, Inc., Kraft Foods Global, Inc., New York City Transit Authority (a/k/a MTA-New York City Transit), Novelis Corporation (f/k/a ALCAN Aluminum Corporation), Rexam Beverage Can Company, River Terminal Development, and Sunoco, Inc.