UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DMJ ASSOCIATES, L.L.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>CARL A. CAPASSO, *et al*.,<br><br>    Defendants. | NOTICE OF APPEARANCE<br><br>1:97-cv-07285 (DLI) (RML) |
| EXXON MOBIL CORPORATION and QUANTA RESOURCES CORPORATION,<br><br>    Defendants/<br>    Third-Party Plaintiffs,<br><br>vs.<br><br>ACE WASTE OIL, INC., *et al*.,<br><br>    Third-Party Defendants. | |

   PLEASE TAKE NOTICE that the law firm of Beveridge & Diamond P.C. and undersigned Bina R. Reddy, Esq., hereby enter an appearance on behalf of Third Party Defendant, Sunoco, Inc. (alleged to be Sun Oil Refinery f/k/a Sun Oil Co.), in the above-captioned action.

Dated: January 9, 2014

                Respectfully submitted,

                /s/ Bina R. Reddy
                Bina R. Reddy (BR 3156)
                BEVERIDGE & DIAMOND, P.C.
                1350 I Street, N.W.
                Washington, DC 20005
                (202) 789-6082 (telephone)
                (202) 789-6190 (fax)
                breddy@bdlaw.com

                *Attorney for Third-Party Defendant*
                *Sunoco Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2014, I electronically filed and served the foregoing NOTICE OF APPEARANCE with the Clerk of the United States District Court for the Eastern District of New York using the CM/ECF system.

        Respectfully submitted,

        /s/ Bina R. Reddy
        Bina R. Reddy (BR 3156)
        BEVERIDGE & DIAMOND, P.C.
        1350 I Street, N.W.
        Washington, DC 20005
        (202) 789-6082 (telephone)
        (202) 789-6190 (fax)
        breddy@bdlaw.com