# GIBBONS

CAMILLE V. OTERO
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4509 Fax: (973) 639-8321
cotero@gibbonslaw.com

February 10, 2014

**VIA ECF**

Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: **DMJ Associates, L.L.C., v. Carl A. Capasso, et al., v. Exxon Mobil Corp., et al. v. Ace Waste Oil, Inc., et al.**
          **Civil Action No. 97-CV-7285 (DLI) (RML)**

Dear Judge Levy:

    We represent Third-Party Defendant Rexam Beverage Can Company ("Rexam") in the above-captioned matter and write on behalf of Rexam and as liaison counsel to those Third-Party Defendants in our Joint Defense Group (collectively the "G-9").[1] In advance of oral argument on the § 107 motion scheduled for Tuesday, February 11, 2014 at 10:00 a.m., we provide the following call-in details for the Court and all parties of record:

        **Toll Free: (877) 491-8676**

        **Participant Code: 6441041**

        **Leader Code: 2039826**

Thank you.

Respectfully submitted,

*/s/ Camille V. Otero*
Camille V. Otero
Director

cc:     All Counsel of Record

---

[1] The Third-Party Defendants in our Joint Defense Group are: AVCO Corporation, Conoco Phillips Company, Crown Cork & Seal Company, Inc., Kraft Foods Global, Inc., New York City Transit Authority (a/k/a MTA-New York City Transit), Novelis Corporation (f/k/a ALCAN Aluminum Corporation), Rexam Beverage Can Company, River Terminal Development, and Sunoco, Inc.