

**SCHENCK PRICE SMITH & KING, LLP**
ATTORNEYS AT LAW
~ Founded 1912 ~

Serving Our Clients and Community
For Over 100 Years

SEAN MONAGHAN
Direct Line: (973) 631-7856
Email: sm@spsk.com

220 Park Avenue
PO Box 991
Florham Park, NJ 07932-0991
973-539-1000
973-539-7300
www.spsk.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 11 2014 ★
BROOKLYN OFFICE

January 30, 2014

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re: DMJ v. Cappasso 97-CV-7285 (DLI) RML
        Our File No.: 26713-1

Dear Judge Levy:

    We represent Wyman-Gordon Company, a Third Party Defendant in the captioned matter.

    Wyman-Gordon Company was identified as a movant at the time of the filing of the private Third Party Defendants' (i) Motion for Partial Summary Judgment on the Claim of Defendants/Third Party Plaintiff Quanta Resources Corporation for Contribution under CERCLA Section 113(f) in Count II of the Third Amended Third-Party Complaint and (ii) Motion for Partial Summary Judgment on the CERCLA Section 107(a) Claim asserted in Count I of the Third Amended Third-Party Complaint. Wyman-Gordon Company hereby withdraws as a movant in connection with both motions and takes no position with regard to either motion.

                              Respectfully submitted,

                              /s/ Sean Monaghan

                              Sean Monaghan

cc: Counsel of Record (via CM/ECF system)



# SCHENCK PRICE SMITH & KING, LLP
ATTORNEYS AT LAW
~ Founded 1912 ~

220 Park Avenue
PO Box 991
Florham Park, NJ 07932
Telephone: 973-539-1000
Fax: 973-540-7300

www.spsk.com

# FAX
## TRANSMITTAL COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Hon. Robert Levy-**ATTN: LESLIE** | **FAX NO:** | 718-613-2345 |
| **FROM:** | Sean Monaghan | **CLIENT MATTER NO:** | 26713-1 |
| **RE:** | DMJ v. Cappasso – 97-CV-7285(DLI)RML | **DATE:** | 2/10/14 |

If there is any problem with this transmission please contact _____ at 973-539-1000 ext. _____

Total number of pages (including cover sheet):   **2**

## MESSAGE:

Disclaimer Required by IRS Circular 230. Unless otherwise expressly approved in advance by the sender, any discussion of federal tax matters herein is not intended & cannot be used to avoid penalties under the Federal tax laws or to promote, market or recommend to another party any transaction or tax-related matter addressed.

Confidentiality Notice: This message contains information intended for the use of the addressee only, which may be privileged and confidential. If you are not an addressee, any review, distribution, or use of the contents of this message is prohibited. If you have received this message in error, please contact the sender immediately.

FLORHAM PARK, NJ        PARAMUS, NJ        SPARTA, NJ        NEW YORK, NY