AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of New York

| | |
|---|---|
| DMJ Associates, LLC<br>Plaintiff (s),<br>V.<br>Capasso, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:97-CV-07285 |

Notice is hereby given that, subject to approval by the court, **Crown Cork & Seal Company, Inc.** substitutes
(Party (s) Name)

**Thomas J. Perry**, State Bar No. **2551661** as counsel of record in
(Name of New Attorney)

place of **Charles M. Tomaselli**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Golub & Isabel, PC
Address: 160 Littleton Road; Suite 300; Parsippany, NJ 07054
Telephone: (973) 968-3377   Facsimile (973) 968-3044
E-Mail (Optional): asgolub@golub-isabel.com

I consent to the above substitution.
Date: 2/19/2014
(Signature of Party (s))

I consent to being substituted.
Date: 2/19/2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/19/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]