AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of New York

DMJ Associates, LLC
  Plaintiff(s),
V.
Capasso, et al.
  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:97-CV-07285 (DLI)(RML)

Notice is hereby given that, subject to approval by the court, **Crown Cork & Seal Company, Inc.** (Party (s) Name) substitutes **Thomas J. Perry** (Name of New Attorney), State Bar No. 2551661 as counsel of record in place of **Charles M. Tomaselli** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

  Firm Name: Golub & Isabel, PC
  Address: 160 Littleton Road; Suite 300; Parsippany, NJ 07054
  Telephone: (973) 968-3377     Facsimile (973) 968-3044
  E-Mail (Optional): asgolub@golub-isabel.com

I consent to the above substitution.
Date: 2/19/2014
(Signature of Party (s))

I consent to being substituted.
Date: 2/19/2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/19/2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/28/14

S/RML

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]