AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DMJ Associates, LLC | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  1:97-CV-07285 |
| Capasso, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Crown Cork & Seal Company, Inc.

Date:    02/20/2014

*Attorney's signature*

Thomas J. Perry
*Printed name and bar number*

Bar Number: 2551661
Golub & Isabel, PC
160 Littleton Road; Suite 300
Parsippany, NJ 07054
*Address*

tperry@golub-isabel.com
*E-mail address*

(973) 968-3377
*Telephone number*

(973) 968-3044
*FAX number*