# MARC
### ATTORNEYS AT LAW
#### A PROFESSIONAL CORPORATION

McCusker · Anselmi
Rosen · Carvelli

210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Tel: 973.635.6300 · Fax: 973.635.6363
www.marc-law.com

ALICYN B. CRAIG
*Partner*
acraig@marc-law.com

March 17, 2014

**VIA ECF FILING**
Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
United States Courthouse, Room 928S
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **DMJ Associates, L.L.C. v. Carl A. Capasso, et al.**
**Civil Action No. 97-Civ-7285 (DLI) (RML)**

Dear Magistrate Levy:

As Your Honor is aware, this office represents defendant/third-party plaintiff Exxon Mobil Corporation ("ExxonMobil") in the above-referenced matter. As Your Honor is also aware, the Court granted third-party plaintiffs ExxonMobil and Quanta Resources Corporation (collectively "TPPs") permission to file supplemental papers in further opposition to the motions by certain third-party defendants ("TPDs") for partial summary judgment as to TPPs' CERCLA Section 107 claim as asserted in their Third Amended Third-Party Complaint. The parties agreed that TPPs would submit these papers today, March 17, 2014. Unfortunately, due to unforeseen personal circumstances, my office has requested a one day extension of the time to file TPPs' further opposition papers, to which William Hatfield, Esq., has consented on behalf of TPDs. TPPs, in exchange, have granted TPDs a one-day extension on their time to file any reply papers.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Alicyn B. Craig

ABC/me
cc: All Counsel of Record (via ECF)

---

805 Third Avenue, 12th Floor, New York, NY 10022 · Tel: 212.308.0070 · Fax: 917.677.8978
98 East Water Street, Toms River, NJ 08753 · Tel: 732.914.9114 · Fax: 732.914.8024