BEFORE: VIKTOR V. POHORELSKY           DATE:       1/24/18
         U.S. MAGISTRATE JUDGE      START TIME:  1:30 p.m.
                                                    END TIME:    2:00 p.m.

DOCKET NO.   CV-97-7285                          JUDGE:      DLI

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiffs   Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)
                           Defendants   William Hatfield, Adam Arnold (Gibbons Group); Sandra Levy, Kevan Cleary (U.S.); Sean Monaghan (Wyman-Gordon); Jerome Muys (Emhart); No Appearance (TDY)(excused)

SCHEDULING AND RULINGS:

1. Discussions held concerning the status of settlement document preparation. An issue has arisen regarding the stipulation of dismissal that the government wishes all parties to sign including those who assigned their claims to the TPP's and have not been involved in the settlement discussions. Counsel for the TPP's will determine the scope of the difficulties that the assignors may have with the concept of signing off on such a stipulation and together with the government will advise the court as to the best means of coming to a resolution with the assignors. They may do so by initiating a telephone conference with the court at a time convenient to them.

2. The timing of Revere's contribution to the settlement has raised difficulties. A telephone conference involving only the non-government parties, to be attended as well by Revere, is scheduled for **January 31, 2018 at 10:00 a.m.** to address those difficulties. Counsel for the Gibbons Group has kindly agreed to make arrangements for the conference call.

3. A telephone conference involving all parties is scheduled for **February 27, 2018 at 2:00 p.m.** Counsel for the Gibbons Group has kindly agreed to make arrangements for the conference call as well.