| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 1/31/18 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:00 a.m. |
| | | END TIME: | 10:30 a.m. |
| DOCKET NO. | CV-97-7285 | JUDGE: | DLI |

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

<u>CIVIL CONFERENCE</u>

PURPOSE OF CONFERENCE:   Telephone

APPEARANCES:   Plaintiffs   Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)

Defendants   William Hatfield, Adam Arnold (Gibbons Group); No Appearance (U.S.)(excused); Sean Monaghan (Wyman-Gordon); Jerome Muys (Emhart); Duke McCall (TDY)

SCHEDULING AND RULINGS:

1. Discussions held concerning the status of settlement document preparation and a possible resolution of the issue concerning the timing of Revere's contribution to the settlement.  Before the next conference below, (1) counsel for the Gibbons Group and the third-party plaintiffs will discuss two remaining conceptual issues that counsel for the Gibbons Group advises still remain open, in the hope that a further conference with the court will be unnecessary; and (2) similarly, counsel for the plaintiffs and for Revere will discuss with their respective clients the solution to the timing issue proposed by counsel for Quanta.

2. The next telephone conference is scheduled for **February 8, 2018 at 4:00 p.m.** Only counsel for the two third-party plaintiffs, the Gibbons Group and Revere are required to attend.  Counsel for Quanta has kindly agreed to make arrangements for the conference call.

3. A telephone conference involving all parties remains scheduled for **February 27, 2018 at 2:00 p.m.**  Counsel for the Gibbons Group has kindly agreed to make arrangements for the conference.