BEFORE:    VIKTOR V. POHORELSKY                 DATE:   2/8/18
                 U.S. MAGISTRATE JUDGE             START TIME:   4:00 p.m.
                                                                                     END TIME:   4:25 p.m.
DOCKET NO.   CV-97-7285                              JUDGE:   DLI

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone

APPEARANCES:    Plaintiffs    Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)
                             Defendants   William Hatfield, Adam Arnold (Gibbons Group); No Appearance (U.S.)(excused); Thomas Smith (Revere); all others excused

SCHEDULING AND RULINGS:

1. Discussions held concerning the status of settlement document preparation and the resolution of open issues concerning the timing of Revere's contribution to the settlement. The parties will undertake their best efforts to complete the drafting of settlement documents at least as to the non-government side of the settlement by the time of the next conference below.

2. The next telephone conference is scheduled for **February 22, 2018 at 4:00 p.m.** Only counsel for the two third-party plaintiffs, the Gibbons Group and Revere are required to attend, but the attendance of the government and the other defendants is welcomed. Counsel for Quanta has kindly agreed to make arrangements for the conference call.

3. A telephone conference involving all parties remains scheduled for **February 27, 2018 at 2:00 p.m.** Counsel for the Gibbons Group has kindly agreed to make arrangements for the conference.