BEFORE:    VIKTOR V. POHORELSKY                      DATE:    2/22/18
                U.S. MAGISTRATE JUDGE                START TIME:    4:00 p.m.
                                                                                            END TIME:    4:55 p.m.
DOCKET NO.    CV-97-7285                                                       JUDGE:    DLI

CASE NAME:    DMJ Associates, LLC v. Capasso, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone

APPEARANCES:    Plaintiffs    Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)
                              Defendants    William Hatfield, Adam Arnold (Gibbons Group); Sondra Levy, Kevan Cleary (U.S.); all others excused

SCHEDULING AND RULINGS:

1.    Discussions held concerning the status of settlement document preparation and the open issues concerning the "carve out" and release that remain unresolved. Delays in document preparation attributable to the coordination of responses from the numerous private third-party defendants as well as the government have occurred which render next week's conference pointless. It is accordingly canceled.

2.    The third-party defendants, including the government, have committed to providing red-lined responses to the drafts presented by the third-party plaintiffs no later than March 2, 2018. If those responses do not result in agreement among all of the parties, an in-person conference will be held on **March 16, 2018** at **10:00 a.m.** in Courtroom 2F North. All concerned parties, including any individual members of the Gibbons Group who have been particularly involved in the disputed provisions, are required to attend