| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 3/21/18 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:00 a.m. |
| | | END TIME: | 10:15 a.m. |
| DOCKET NO. | CV-97-7285 | JUDGE: | DLI |

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone

APPEARANCES:   Plaintiffs   Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)
               Defendants   William Hatfield, Adam Arnold (Gibbons Group); Sondra Levy, Kevan Cleary (U.S.); all others excused

SCHEDULING AND RULINGS:

1. Discussions held concerning the status of settlement document preparation. The parties advise that issues regarding Revere's contribution to the settlement have been resolved and that exchanges of drafts and comments have occurred as anticipated; they are now optimistic about reaching a final resolution within two weeks and without the need for further intervention by the court.

2. To gauge the progress toward final resolution, a telephone conference will be held on **March 29, 2018 at 4:00 p.m.** Counsel for Quanta has kindly agreed to make the conference call arrangements.