BEFORE: VIKTOR V. POHORELSKY  DATE: 3/29/18
U.S. MAGISTRATE JUDGE  START TIME: 4:00 p.m.
  END TIME: 4:40 p.m.

DOCKET NO.  CV-97-7285   JUDGE: DLI

CASE NAME:  DMJ Associates, LLC v. Capasso, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:  Telephone

APPEARANCES:  Plaintiffs  Allen Reiter (Quanta); Maura Sommer (Exxon/Mobil)
  Defendants  Adam Arnold (Gibbons Group); Sondra Levy, Kevan Cleary (U.S.); all others excused

SCHEDULING AND RULINGS:

1. Discussions held concerning the status of settlement document preparation. It appears as though all issues have been resolved with respect to the settlement documents relating to the private third-party defendants. Two issues have emerged, however, with respect to the consent decree that will result from the settlement with the government defendants, one concerning the scope of the releases to be exchanged and the other concerning the involvement in the consent decree of the entities whose assignments of their claims to the third-party plaintiffs were deemed unenforceable with respect to the government. Specific proposals for resolving those issues were discussed and will be pursued in the hope of obtaining a final resolution before the next conference scheduled below.

2. A telephone conference will be held on **April 17, 2018 at 10:00 a.m.** Counsel are requested to coordinate with each other to make the necessary arrangements for the conference call.