| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 4/30/18 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:00 a.m. |
| | | END TIME: | 10:30 a.m. |
| DOCKET NO. | CV-97-7285 | JUDGE: | DLI |

CASE NAME:    DMJ Associates, LLC v. Capasso, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone

APPEARANCES:    Plaintiffs    Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)
Defendants    William Hatfield, Adam Arnold (Gibbons Group); Sondra Levy, Kevan Cleary (U.S.); all others excused

SCHEDULING AND RULINGS:

1. The parties report that all issues appear to have been worked out and the government expects to be able to react to the last version of the release no later thatn Wednesday. After that, the settlement documents will be circulated to all of the parties, including the assignors, for signature. The parties are hopeful that the signature process will be completed by May 18.

2. A telephone conference will be held on **May 10, 2018 at 10:00 a.m.** Counsel for Quanta has graciously agreed to make the necessary arrangements for the conference call.