| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 5/10/18 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:00 a.m. |
| | | END TIME: | 10:30 a.m. |
| DOCKET NO. | CV-97-7285 | JUDGE: | DLI |

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone

APPEARANCES:   Plaintiffs   Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)
Defendants   William Hatfield, Adam Arnold (Gibbons Group); Sondra Levy, Kevan Cleary (U.S.); all others excused

SCHEDULING AND RULINGS:

1. The parties report that the government has agreed to the last version of the release, but that the assignors now have raised unexpected issues concerning the release. The third-party plaintiffs will attempt to resolve the assignors concerns over the next several days.

2. A telephone conference will be held on **May 17, 2018 at 10:00 a.m.**