UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DMJ ASSOCIATES, LLC,<br><br>    Plaintiffs,<br><br>- against -<br><br>CARL A. CAPASSO, et al.<br><br>    Defendants.<br><br>And<br><br>EXXON MOBIL CORPORATION and<br>QUANTA RESOURCES CORPORATION,<br><br>    Third Party Plaintiffs,<br><br>- against -<br><br>ACE WASTE OIL, INC., et al.<br><br>    Third-Party Defendants. | CV 97-7285 |

SIR/MADAM:

The undersigned counsel for Neapco requests to be terminated from the above-captioned case and requests to be removed from future e-filing notices for this matter.

                                                CONNELL FOLEY LLP
                                                56 Livingston Avenue
                                                Roseland, New Jersey  07068

                                                By:/s/ *Timothy E. Corriston*
                                                      TIMOTHY E. CORRISTON

Dated: May 10, 2018

4529069-1