| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 5/17/18 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:00 a.m. |
| | | END TIME: | 11:00 a.m. |
| DOCKET NO. | CV-97-7285 | JUDGE: | DLI |

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone

APPEARANCES:   Plaintiffs   Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)
Defendants   William Hatfield, Adam Arnold (Gibbons Group); Sondra Levy, Kevan Cleary (U.S.); all others excused

SCHEDULING AND RULINGS:

1. The third-party plaintiffs report that they have been unable to resolve concerns of the assignors with respect to a release that the parties have negotiated. Accordingly, a further settlement conference with the court will be held on **June 25, 2018 at 10:00 a.m.** in Courtroom 2F North. As issues concerning the scope of the assignments of claims by the assignors are the final impediment to a resolution of the third-party action, the assignors are required to attend the conference. Counsel for the third-party plaintiffs are requested to insure that the assignors are aware of the conference and of their obligation to attend.