UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------
                                                                                                         Case No.
                                                     Plaintiff,

        -against-

                                                     Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending                ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
        ☐    An attorney
        ☐    A Government Agency attorney
        ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_____
                     FIRM ADDRESS:_____
                     FIRM TELEPHONE NUMBER:_____
                     FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME:_____
                     FIRM ADDRESS:_____
                     FIRM TELEPHONE NUMBER:_____
                     FIRM FAX NUMBER:_____

        ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

        ☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
               was entered on _____ by Judge_____.

Dated:                                                                  _____
                                                                  ATTORNEY'S SIGNATURE