UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------

Plaintiff,    Case No.

-against-

Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending            ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,
    ☐    An attorney
    ☐    A Government Agency attorney
    ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:_____
             FIRM ADDRESS:_____
             FIRM TELEPHONE NUMBER:_____
             FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME:_____
             FIRM ADDRESS:_____
             FIRM TELEPHONE NUMBER:_____
             FIRM FAX NUMBER:_____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                                    _____
                                                          ATTORNEY'S SIGNATURE