| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 6/27/18 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 10:00 a.m. |
| | | END TIME: | 1:20 p.m. |
| DOCKET NO. | CV-97-7285 | JUDGE: | DLI |

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Settlement

APPEARANCES:   Plaintiffs   Allen Reiter, Jennifer White (Quanta); Andrew Anselmi Maura Sommer (Exxon/Mobil)

Defendants   William Hatfield, Adam Arnold (Gibbons Group); Kevan Cleary (U.S.); Mark Kindt (Novelis)*; Emily Kaller (AVCO)*; Maggie MacDonald (Kraft)*; Tim Sullivan (Sunoco)*; Danielle Mettler-Laseir (Crosman)*; Susan Geiser (Phillips 66)*; Reed Neuman (Coty)*; Alan Golub (Crown)*

Non-Party Assignors   See annexed page

SCHEDULING AND RULINGS:

1. Discussions held with parties and non-party attendees, both as a group and in *ex parte* sessions, in an effort to determine whether agreement could be reached on the language of releases that would be acceptable to the non-parties who assigned their claims to the third-party plaintiffs.  Agreement could not be reached.

2. A telephone conference with the parties only will be held on **July 17, 2018 at 2:00 p.m.**  Counsel for the Gibbons Group have kindly agreed to make the necessary arrangements.

*   By telephone

DMJ ASSOCIATES, LLC V. CAPASSO, ET AL.
97 CV 7285

NON-PARTY ASSIGNOR ENTITIES:

| | |
|---|---|
| Alcoa Inc./Reynolds Metals Co. | No Appearance |
| BASF Corp. | Katie Gannon, Esq.* |
| Beazer East, Inc. | Thomas Lupo, Esq. (as liaison counsel) |
| BorgWarner Inc. | Thomas Lupo, Esq. |
| Quality Carriers, Inc. | Thomas Lupo, Esq. (as liaison counsel) |
| Ford Motor Co. | Doreen Simmons, Esq. |
| Electric Boat Corp. | Norman Bernstein, Esq. |
| Honeywell Int'l Inc. | Kerry Dziubek, Esq.* |
| Ingersoll Rand Co. | William Schikora, Esq.* |
| Northrop Grumman Corp. | Aaron Gershonowitz, Esq.* |
| Rockwell Automation/Rockwell Int'l | Adrienne Stuckey, Esq.* |
| Stanley Black & Decker, Inc. | Adrienne Stuckey, Esq.* |
| United Technologies Corp. | Megan Baroni, Esq.* |

\*      By telephone