BEFORE:   VIKTOR V. POHORELSKY          DATE:        7/17/18
          U.S. MAGISTRATE JUDGE          START TIME:  2:00 p.m.
                                         END TIME:    2:30 p.m.
DOCKET NO.   CV-97-7285                   JUDGE:       DLI

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiffs    Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)
               Defendants    William Hatfield, Adam Arnold (Gibbons Group); Kevan Cleary (U.S.); Maggie MacDonald (Kraft)

SCHEDULING AND RULINGS:

1. Discussion held concerning the status of the settlement in view of the refusal by the non-party assignors to provide releases with the scope that the parties envisioned. A decision on the outstanding report and recommendation concerning the validity of the assignments with respect to claims against the government is probably necessary to enable the parties to weigh their respective positions in light of the additional exposure to future claims that they face.

2. A telephone conference will be held on **August 6, 2018 at 2:00 p.m.** Counsel for Quanta have kindly agreed to make the necessary arrangements. The conference may be canceled upon mutual consent of the parties if it is deemed unnecessary.