BEFORE:    VIKTOR V. POHORELSKY            DATE:    8/6/18
               U.S. MAGISTRATE JUDGE       START TIME:    3:15 p.m.
                                                END TIME:    3:55 p.m.

DOCKET NO.   CV-97-7285                  JUDGE:    DLI

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

### CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiffs    Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)

                      Defendants   William Hatfield, Adam Arnold (Gibbons Group); Kevan Cleary (U.S.); Jennifer Coghlan (Kraft/River Terminal)

SCHEDULING AND RULINGS:

1.    The parties are advised that the court has advised the chambers of Judge Irizarry concerning the perception that a decision on the pending assignment motion might be useful in reaching a final resolution.  Discussion held concerning alternatives for completing the settlement including a settlement involving limited releases to the government from the non-party assignors.  Counsel will consult with their respective clients concerning the proposal.

2.    A telephone conference will be held on **August 20, 2018 at 2:00 p.m.**  Counsel for Exxon/Mobil have kindly agreed to make the necessary arrangements.