BEFORE:    VIKTOR V. POHORELSKY                          DATE:    9/12/18
                U.S. MAGISTRATE JUDGE                        START TIME:    2:00 p.m.
                                                         END TIME:    2:30 p.m.

DOCKET NO.    CV-97-7285                                           JUDGE:    DLI

CASE NAME:    DMJ Associates, LLC v. Capasso, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Telephone Status

APPEARANCES:   Plaintiffs    Allen Reiter (Quanta); Maura Sommer (Exxon/Mobil)
                          Defendants   William Hatfield, Adam Arnold (Gibbons Group);
                                             Kevan Cleary (U.S.); Jennifer Coghlan, Margaret
                                             McDonald (Kraft/River Terminal)

SCHEDULING AND RULINGS:

1. The government advises that a decision on the outstanding motion concerning the assignments is essential to its ability to reach a final settlement. Discussions were held concerning the possibilities of settlement with less than all of the defendants. The parties will consider whether such a settlement would be feasible and will be prepared to advise the court of their positions at the next conference below.

2. A telephone conference will be held on **September 20, 2018 at 2:00 p.m.** Counsel for Exxon/Mobil have kindly agreed to make the necessary arrangements.