| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 9/20/18 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:00 p.m. |
| | | END TIME: | 2:20 p.m. |
| DOCKET NO. | CV-97-7285 | JUDGE: | DLI |

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiffs   Allen Reiter, Jennifer White (Quanta); Maura Sommer (Exxon/Mobil)

Defendants   Adam Arnold (Gibbons Group); Kevan Cleary (U.S.); Margaret McDonald (Kraft/River Terminal)

SCHEDULING AND RULINGS:

1. Discussion held concerning the court's decision adopting the report and recommendation that addressed the assignability of claims against the government. In light of the decision, a revised draft release to be executed by the non-party assignors will be reviewed by the government prior to the next conference scheduled below.

2. A telephone conference will be held on **September 27, 2018 at 2:00 p.m.** Counsel for Quanta have kindly agreed to make the necessary arrangements.