| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 10/3/18 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 2:00 p.m. |
| | | END TIME: | 2:10 p.m. |
| DOCKET NO. | CV-97-7285 | JUDGE: | DLI |

CASE NAME:   DMJ Associates, LLC v. Capasso, et al.

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Status

APPEARANCES:   Plaintiffs   Allen Reiter (Quanta); Maura Sommer (Exxon/Mobil)
Defendants   William Hatfield, Adam Arnold (Gibbons Group); Kevan Cleary (U.S.)

SCHEDULING AND RULINGS:

1. Counsel advise that all parties are prepared to sign off on the settlement which will include the submission of a consent judgment for review and execution by the court. Counsel for the plaintiffs advise that the non-party assignors are in the process of executing a form of release that has been approved by the government. They further advise that none of the non-party assignors have raised any objection to the release, nor do they expect any objections to be raised.

2. As Judge Pohorelsky is retiring, no further conferences are scheduled at present and the case is returned to Judges Irizarry and Levy for completion of the settlement.