UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DMJ Associates, LLC

                       Plaintiff(s),

v.

Carl A. Capasso, et al.

                       Defendant(s).

1:97-cv-07285-DLI-RML

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, Jeffrey M. Karp, being duly sworn, hereby depose and say as follows:

1. I am a(n) Partner with the law firm of Sullivan + Worcester, LLP
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 1:97-cv-07285-DLI-RML for Defendant Emhart Technologies, LLC

Date 11/19/18
Washington, DC

X /s/ Jeffrey Karp
Signature of Movant
Firm Name Sullivan & Worcester LLP
Address 1666 K Street, NW., Suite 300
Washington, DC 20006
Email jkarp@sandw.com
Phone 202-370-3921

NOTARIZED

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 19TH day of NOVEMBER, 2018
Linda A. Crelling, Notary Public, D.C.
My commission expires April 14, 2021.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jeffrey M. Karp*

was duly qualified and admitted on **December 14, 1977** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 8, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.