AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DMJ ASSOCIATES, L.L.C. ) <br> *Plaintiff* ) <br> v. ) <br> CARL A. CAPASSO, et al. ) <br> *Defendant* ) | Case No. 1:97-cv-07285-DLI-RML |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third-Party Defendant Emhart Teknologies LLC

Date: 11/29/2018

_____
*Attorney's signature*

Jeffrey M. Karp, DC Bar # 940643
*Printed name and bar number*
Sullivan & Worcester LLP
1666 K Street, N.W., Suite 700
Washington, DC   20006

*Address*

jkarp@sandw.com
*E-mail address*

(202) 370-3921
*Telephone number*

(202) 293-2275
*FAX number*