

WILLIAM S. HATFIELD
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4511 Fax: (973) 639-8320
whatfield@gibbonslaw.com

January 30, 2019

**VIA ECF**

Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    **DMJ Associates, L.L.C., v. Carl A. Capasso, et al.**
             **Civil Action No. 97-CV-7285 (DLI) (RML)**

Dear Magistrate Judge Levy:

      This firm is counsel to third-party defendant Rexam Beverage Can Company, and also serves as liaison counsel to a group of private third-party defendants (the "Gibbons JDG"). In compliance with Your Honor's Order dated January 26, 2019, this letter shall serve as a report on the status of the parties' efforts to meet all pre-conditions to the filing of a stipulation of dismissal of the above-referenced matter.

      As reported in the letter filed on January 18, 2019 by counsel for third-party plaintiff Quanta Resources Corporation (Dkt. 1695), the settlement documents have been distributed to all parties for signature. The Gibbons JDG is in the process of collecting all signature pages from its individual members. The third-party plaintiffs are coordinating with the three unaffiliated third-party defendants and the federal third-party defendants. After consulting with counsel for both third-party plaintiffs, the parties propose to Your Honor that a further written report be filed no later than February 21, 2019 regarding the status of all pre-conditions for the filing of a stipulation of dismissal in this case. Please let us know if this schedule meets with Your Honor's approval.

      Thank you.

                                Respectfully submitted,

                                William S. Hatfield
                                Director

cc:     All Counsel of Record