# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington

March 14, 2019

**Allen G. Reiter**
Partner
212.484.3915 DIRECT
212.484.3990 FAX
allen.reiter@arentfox.com

<u>VIA ECF</u>

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
United States Courthouse, Room 928S
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>*DMJ Associates, L.L.C. v. Carl A. Capasso*
Civil Action No. 97-Civ-7285 (DLI) (RML)</u>

Dear Magistrate Judge Levy:

      We represent third-party plaintiff Quanta Resources Corporation in the above-referenced action. Pursuant to the Court's minute entry of February 25 2019, we write to provide Your Honor with an update regarding the status of the settlement of the action.

      The parties expect that all of the required signatures on the settlement documents will be collected within the next few days and that the settlement payments will be received shortly thereafter (payment by the United States will be processed in the ordinary course of business after the settlement papers are filed with the Court). In light of that, we expect that our next communication with the Court will be the filing of the Consent Judgment and the Stipulation of Dismissal. Out of an abundance of caution, we request that Your Honor set April 5, 2019 as a control date, with the parties required to file a status report on that date in the event that we have not filed the settlement papers on or before then.

      This letter has been reviewed and approved by the attorneys for third-party plaintiff Exxon Mobil Corporation, liaison counsel for the largest group of the private third-party defendants and by counsel for the Federal third-party defendants.

      Respectfully submitted,

      /s/ Allen G. Reiter
      Allen G. Reiter

cc:      All Counsel of Record (via ECF)