

McCUSKER · ANSELMI
ROSEN · CARVELLI

210 Park Avenue, Suite 301, Florham Park, NJ 07932
Tel: 973.635.6300  •  Fax: 973.635.6363
www.marc-law.com

Direct Dial: 973.457.0133
Email: msommer@marc.law
Direct Fax: 973.457.0275

April 5, 2019

**Via Electronic Filing**
Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **DMJ Associates, L.L.C., v. Carl A. Capasso, et al.**
    **Civil Action No. 97-CV-7285 (DLI) (RML)**

Dear Magistrate Judge Levy:

This firm is counsel to third-party plaintiff Exxon Mobil Corporation. Together with counsel for third-party plaintiff Quanta Resources Corporation, and liaison counsel to a group of private third-party defendants (the "Gibbons JDG"), we write to provide a report on the status of the parties' efforts to meet all pre-conditions to the filing of a stipulation of dismissal of the above-referenced matter.

All signature pages to the settlement documents have been collected. Additionally, most of the settlement funds have been collected from the third-party defendants. We anticipate that the private party payments will be compete by April 12, 2019. The parties propose to Your Honor that a further written report be filed no later than April 19, 2019 regarding the status of all pre-conditions for the filing of a stipulation of dismissal in this case. Please let us know if this schedule meets with Your Honor's approval.

Thank you.

Respectfully submitted,

*/s/ Maura W. Sommer*
Maura W. Sommer

cc: All Counsel of Record (via electronic filing)

805 Third Avenue, 12th Floor, New York, New York 10022 • 212.308.0070 • Fax: 917.677.8978