# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

April 19, 2019

**VIA ECF**

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
United States Courthouse, Room 928S
225 Cadman Plaza East
Brooklyn, New York 11201

**Allen G. Reiter**
Partner
212.484.3915 DIRECT
212.484.3990 FAX
allen.reiter@arentfox.com

Re: *DMJ Associates, L.L.C. v. Carl A. Capasso*
   Civil Action No. 97-Civ-7285 (DLI) (RML)

Dear Magistrate Judge Levy:

We represent third-party plaintiff Quanta Resources Corporation in the above referenced matter. Pursuant to the Court's minute entry of April 5, 2019, together with counsel for third-party plaintiff Exxon Mobil Corporation and liaison counsel to a group of private third-party defendants, we write to report on the status of the parties' efforts to meet all pre-conditions to the filing of a stipulation of dismissal and the Consent Judgment with the federal defendants.

We have collected settlement payments from all but one of the private third-party defendants, and expect to receive that payment shortly. The parties propose to Your Honor that a further written report (or the stipulation and the Consent Judgment) be filed no later than May 10, 2019 regarding the status of all pre-conditions for the filings. Please let us know if this schedule meets with Your Honor's approval.

Respectfully submitted,

/s/ Allen G. Reiter

Allen G. Reiter

cc:   All Counsel of Record (via ECF)