*EXECUTION COPY*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DMJ ASSOCIATES, L.L.C.,

    Plaintiff,

v.

CARL A. CAPASSO, et al.,

    Defendant.

Case No. 97 CV 7285 (DLI)(RML)

EXXON MOBIL CORPORATION; and
QUANTA RESOURCES CORPORATION,

    Defendants/Third-Party Plaintiffs,

v.

ACE WASTE OIL, INC., et al.,

    Third-Party Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

    In consideration for the payment to be made under the Consent Judgment between Third-Party Plaintiffs Exxon Mobil Corporation and Quanta Resources Corporation (collectively, the "Third-Party Plaintiffs") and the United States Department of the Air Force, United States Department of the Army, United States Department of the Coast Guard, United States Department of Defense, and United States Department of the Navy (collectively, the "Federal Third-Party Defendants"), it is hereby stipulated and agreed by and among the Third-Party Plaintiffs, the Federal Third-Party Defendants, and the other Third-Party Defendants set forth below (the "Private Third-Party Defendants") that:

1

*EXECUTION COPY*

1. The claims asserted against and by the Federal Third-Party Defendants in the above-captioned Third-Party Action are voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Subject to the exceptions set forth in this paragraph and in Paragraph 3, any claims, including counterclaims, cross-claims and third-party claims, that the Third-Party Plaintiffs or the Private Third-Party Defendants could have brought in the above-captioned action against the United States, including the Federal Third-Party Defendants, for solid wastes, hazardous materials or substances, petroleum, pollutants and/or contaminants at, under, migrating across or emanating from the Quanta Property and/or the Capasso Properties and any other adjacent parcels, if any, impacted by Quanta Property contamination, are released, surrendered and forever discharged. It is expressly agreed and understood by the Parties that, notwithstanding the above, this does not include claims related to any alleged migration of solid wastes, hazardous materials or substances, petroleum, pollutants and/or contaminants from the Quanta Property and/or the Capasso Properties to Newtown Creek and for any claims of natural resource damages related to Newtown Creek.[1]

3. Subject to the exceptions set forth in this paragraph, any claims, including counterclaims, cross-claims and fourth-party claims, that the Federal Third-Party Defendants could have brought in the above-captioned action against the Third-Party Plaintiffs or the Private Third-Party Defendants for solid wastes, hazardous materials or substances, petroleum, pollutants and/or contaminants at, under, migrating across or emanating from the Quanta Property and/or the Capasso Properties and any other adjacent parcels, if any, impacted by

---

[1] All terms used in this Stipulation are as defined in the Consent Judgment between Third-Party Plaintiffs and the Federal Third-Party Defendants.

*EXECUTION COPY*

Quanta Property contamination, are released, surrendered and forever discharged. It is expressly agreed and understood by the Parties that, notwithstanding the above, this does not include claims related to any alleged migration of solid wastes, hazardous materials or substances, petroleum, pollutants and/or contaminants from the Quanta Property and/or the Capasso Properties to Newtown Creek and for any claims of natural resource damages related to Newtown Creek. It is further expressly understood by the Parties that the United States specifically reserves its right to assert any claims or causes of action brought on behalf of EPA or a federal natural resources trustee and nothing in this Stipulation shall constitute or be construed as a waiver, limitation or release of any claims or causes of action by the United States to enforce any federal laws or regulations at or in connection with the Quanta Property and/or the Capasso Properties and any other adjacent parcels, if any, impacted by Quanta Property contamination.

4. In the event of any action brought on behalf of EPA or a federal natural resource trustee as set forth in Paragraph 3 above, the Third-Party Plaintiffs and Private Third-Party Defendants reserve all rights and defenses, except that the Third-Party Plaintiffs and Private Third-Party Defendants shall not seek contribution by the United States for the DMJ Litigation other than the payment required by the Consent Judgment between the Third-Party Plaintiffs and the Federal Third-Party Defendants.

This Stipulation is without costs assessed by the Court against any party and is entered pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

*EXECUTION COPY*

Signed and Agreed To:

EXXON MOBIL CORPORATION, AND EXXONMOBIL OIL CORPORATION

By: Andrew E. Anselmi, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C. Attorneys for Exxon Mobil Corporation, and ExxonMobil Oil Corporation

QUANTA RESOURCES CORPORATION

By: Allen G. Reiter, Esq.
Arent Fox LLP
Attorneys for Quanta Resources Corporation

UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE COAST GUARD; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF THE NAVY

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

By: Kevan Cleary
Assistant United States Attorney

AVCO CORPORATION (A/K/A AVCO LYCOMING)

By:   David A. Roth, Esq.
      Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

4

*EXECUTION COPY*

Signed and Agreed To:

**EXXON MOBIL CORPORATION, AND EXXONMOBIL OIL CORPORATION**

_____

By: Andrew E. Anselmi, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C. Attorneys for Exxon Mobil Corporation, and ExxonMobil Oil Corporation

**QUANTA RESOURCES CORPORATION**

*/s/ Allen G. Reiter*

By: Allen G. Reiter, Esq.
Arent Fox LLP
Attorneys for Quanta Resources Corporation

**UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE COAST GUARD; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF THE NAVY**

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

_____

By: Kevan Cleary
Assistant United States Attorney

**AVCO CORPORATION (A/K/A AVCO LYCOMING)**

_____

By:  David A. Roth, Esq.
     Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

4

*EXECUTION COPY*

Signed and Agreed To:

**EXXON MOBIL CORPORATION, AND EXXONMOBIL OIL CORPORATION**

_____

By: Andrew E. Anselmi, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C. Attorneys for Exxon Mobil Corporation, and ExxonMobil Oil Corporation

**QUANTA RESOURCES CORPORATION**

_____

By: Allen G. Reiter, Esq.
Arent Fox LLP
Attorneys for Quanta Resources Corporation

**UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE COAST GUARD; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF THE NAVY**

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

_____
By: Kevan Cleary
Assistant United States Attorney

**AVCO CORPORATION (A/K/A AVCO LYCOMING)**

_____

By:   David A. Roth, Esq.
      Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

*EXECUTION COPY*

Signed and Agreed To:

EXXON MOBIL CORPORATION, AND EXXONMOBIL OIL CORPORATION

_____
By: Andrew E. Anselmi, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C. Attorneys for Exxon Mobil Corporation, and ExxonMobil Oil Corporation

QUANTA RESOURCES CORPORATION

_____
By: Allen G. Reiter, Esq.
Arent Fox LLP
Attorneys for Quanta Resources Corporation

UNITED STATES DEPARTMENT OF THE AIR FORCE; UNITED STATES DEPARTMENT OF THE ARMY; UNITED STATES DEPARTMENT OF THE COAST GUARD; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF THE NAVY

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

_____
By: Kevan Cleary
Assistant United States Attorney

AVCO CORPORATION (A/K/A AVCO LYCOMING)

*Emily G. Kaller* (signature)
By: David A. Roth, Esq.
 Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

4

*EXECUTION COPY*

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

By: Reed W. Neuman, Esq.    2/19/19
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")


By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.


By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES LLC


By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies LLC

KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)


By: Dan Riesel, Esq.
Sive, Paget & Riesel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

5

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

By: Reed W. Neuman, Esq.
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES, LLC

By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies, LLC

KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)

By: Dan Riesel, Esq.
Sive, Paget & Reisel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

EXECUTION COPY

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

_____

By: Reed W. Neuman, Esq.
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

_____

By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

*[signature]*

By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES LLC

_____

By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies LLC

KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)

_____

By: Dan Riesel, Esq.
Sive, Paget & Reisel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

5

*EXECUTION COPY*

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

_____

By: Reed W. Neuman, Esq.
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

_____

By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

_____

By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES LLC

X __/s/ Jeffrey M. Karp_____
By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies LLC

KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)

_____

By: Dan Riesel, Esq.
Sive, Paget & Riesel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

5

EXECUTION COPY

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

By: Reed W. Neuman, Esq.
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES LLC

By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies LLC

KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)

By: Dan Riesel, Esq.
Sive, Paget & Reisel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

5

*EXECUTION COPY*

**NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)**

*[signature]*
By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

**PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)**

By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

**REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)**

By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

**REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)**

By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

6

*EXECUTION COPY*

NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)

---

By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)

By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)

---

By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)

---

By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

6

*EXECUTION COPY*

NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)

_____
By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)

_____
By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)

_/s/ Robert R. Tyson_____
By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)

_____
By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

6

*EXECUTION COPY*

**NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)**

_____

By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

**PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)**

_____

By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

**REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)**

_____

By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

**REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)**

_____

By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

6

*EXECUTION COPY*

RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (A/K/A (RTC PROPERTIES)(F/K/A UNION MINERALS & ALLOYS CORP.)

*/s/ Daniel Riesel*
By: Daniel Riesel, Esq.
Sive, Paget & Riesel P.C.
Attorneys for River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties)(f/k/a Union Minerals & Alloys Corp.)

SUNOCO (R&M), LLC (F/K/A SUNOCO, INC. (R&M)) (SUED AS SUNOCO, INC. (A/K/A SUN OIL REFINERY) (F/K/A SUN OIL CO.))

_____
By: Timothy M. Sullivan, Esq.
Beveridge & Diamond, P.C.
Attorneys for Sunoco (R&M), LLC (f/k/a Sunoco, Inc. (R&M)) (sued as Sunoco, Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.))

TDY INDUSTRIES, LLC
(F/K/A AND SUED AS TDY INDUSTRIES, INC.)

_____
By: Duke K. McCall, III, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania, NW
Washington, DC  20004
Attorneys for TDY Industries, LLC (f/k/a TDY Industries, Inc.)

WYMAN-GORDON COMPANY

_____
By: Sean Monaghan, Esq.
Schenck Price Smith & King, LLP
Counsel for Wyman-Gordon Company

SO ORDERED THIS _____ DAY OF _____, 2019.

7

*EXECUTION COPY*

**RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (A/K/A (RTC PROPERTIES)(F/K/A UNION MINERAL & ALLOYS CORP.)**

_____

By: Daniel Riesel, Esq.
Sive, Paget & Riesel P.C.
Attorneys for River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties)(f/k/a Union Mineral & Alloys Corp.)

**SUNOCO (R&M), LLC (F/K/A SUNOCO, INC. (R&M)) (SUED AS SUNOCO, INC. (A/K/A SUN OIL REFINERY) (F/K/A SUN OIL CO.))**

_____

By: Timothy M. Sullivan, Esq.
Beveridge & Diamond, P.C.
Attorneys for Sunoco (R&M), LLC (f/k/a Sunoco, Inc. (R&M)) (sued as Sunoco, Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.))

**TDY INDUSTRIES, LLC (F/K/A AND SUED AS TDY INDUSTRIES, INC.)**

_____

By: Duke K. McCall, III, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania, NW
Washington, DC 20004
Attorneys for TDY Industries, LLC (f/k/a TDY Industries, Inc.)

**WYMAN-GORDON COMPANY**

_____

By: Sean Monaghan, Esq.
Schenck Price Smith & King, LLP
Counsel for Wyman-Gordon Company

SO ORDERED THIS _____
DAY OF _____, 2019.

_____

7

*EXECUTION COPY*

RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (A/K/A (RTC PROPERTIES)(F/K/A UNION MINERAL & ALLOYS CORP.)

_____
By: Daniel Riesel, Esq.
Sive, Paget & Riesel P.C.
Attorneys for River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties)(f/k/a Union Mineral & Alloys Corp.)

SUNOCO, INC. (ORIGINALLY SUED AS SUNOCO, INC. (A/K/A SUN OIL REFINERY) (F/K/A SUN OIL CO.));

_____
By: Timothy M. Sullivan, Esq.
Beveridge & Diamond, P.C.
Attorneys for Sunoco, Inc. (originally sued as Sunoco Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.))

TDY INDUSTRIES, LLC
(F/K/A AND SUED AS TDY INDUSTRIES, INC.)

*/s/ Duke K. McCall, III*
By: Duke K. McCall, III, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania, NW
Washington, DC  20004
Attorneys for TDY Industries, LLC (f/k/a TDY Industries, Inc.)

WYMAN-GORDON COMPANY

_____
By: Sean Monaghan, Esq.
Schenck Price Smith & King, LLP
Counsel for Wyman-Gordon Company

**SO ORDERED THIS** _____
**DAY OF** _____, 2019.

_____
**HONORABLE DORA L. IRIZARRY**
**UNITED STATES CHIEF DISTRICT JUDGE**

*EXECUTION COPY*

      RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (A/K/A (RTC PROPERTIES)(F/K/A UNION MINERAL & ALLOYS CORP.)

      _____
      By: Daniel Riesel, Esq.
      Sive, Paget & Riesel P.C.
      Attorneys for River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties)(f/k/a Union Mineral & Alloys Corp.)

      SUNOCO, INC. (ORIGINALLY SUED AS SUNOCO, INC. (A/K/A SUN OIL REFINERY) (F/K/A SUN OIL CO.));

      _____
      By: Timothy M. Sullivan, Esq.
      Beveridge & Diamond, P.C.
      Attorneys for Sunoco, Inc. (originally sued as Sunoco Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.))

      TDY INDUSTRIES, LLC
      (F/K/A AND SUED AS TDY INDUSTRIES, INC.)

      _____
      By: Duke K. McCall, III, Esq.
      Morgan Lewis & Bockius, LLP
      1111 Pennsylvania, NW
      Washington, DC 20004
      Attorneys for TDY Industries, LLC (f/k/a TDY Industries, Inc.)

      WYMAN-GORDON COMPANY

      */s/ Sean Monaghan*
      By: Sean Monaghan, Esq.
      Schenck Price Smith & King, LLP
      Counsel for Wyman-Gordon Company

**SO ORDERED THIS** _____
**DAY OF** _____, 2019.


      _____
      **HONORABLE DORA L. IRIZARRY**
      **UNITED STATES CHIEF DISTRICT JUDGE**