*EXECUTION COPY*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DMJ ASSOCIATES, L.L.C.,

    Plaintiff,

v.

CARL A. CAPASSO, et al.,

    Defendant.

Case No. 97 CV 7285 (DLI)(RML)

EXXON MOBIL CORPORATION; and
QUANTA RESOURCES CORPORATION,

    Defendants/Third-Party Plaintiffs,

v.

ACE WASTE OIL, INC., et al.,

    Third-Party Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

The Third-Party Plaintiffs, Quanta Resources Corporation and Exxon Mobil Corporation, and the Third-Party Defendants AVCO Corporation (a/k/a Avco Lycoming), Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC), Crosman Corporation (sued as "Crosman Corp. (f/k/a Coleman Airguns, Inc.)(f/k/a Crosman Arms Company, Inc.)"), Crown Cork & Seal Company, Inc., Emhart Teknologies LLC, Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical) (sued as Kraft Foods Global, Inc. f/k/a Ware Chemical), Novelis Corporation (f/k/a Alcan Aluminum Corporation)(a/k/a Alcan Sheet & Plate), Phillips 66 (as successor in interest to sued party Conoco Phillips Company), Revere Copper Products, Inc. (sued as Revere Copper Products, Inc. a/k/a Revere Copper & Brass Incorporated), Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American

1

*EXECUTION COPY*

National Can Company), River Terminal Development (Scrap Yard Division)(a/k/a RTC Properties)(f/k/a Union Minerals & Alloys Corp.), Sunoco (R&M), LLC (f/k/a Sunoco, Inc. (R&M)) (sued as Sunoco, Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.)), TDY Industries, and Wyman-Gordon Company, (collectively, the "Private Third-Party Defendants"), (the Third-Party Plaintiffs and the Private Third-Party Defendants, collectively, the "Private Settling Parties") hereby stipulate and agree that:

1. The above-captioned-action is voluntarily dismissed with prejudice as to all of the Private Settling Parties in accordance with the terms and conditions of a Confidential Settlement Agreement and Mutual Release which has been executed by the Private Settling Parties, without costs assessed by the Court against any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. The Court will maintain jurisdiction to ensure compliance with the Confidential Settlement Agreement and Mutual Release; and

3. This dismissal will become effective upon entry by the Court.

Signed and Agreed To:

**EXXON MOBIL CORPORATION**

By: Andrew E. Anselmi, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C. Attorneys for Exxon Mobil Corporation

**QUANTA RESOURCES CORPORATION**

By: Allen G. Reiter, Esq.
Arent Fox LLP
Attorneys for Quanta Resources Corporation

2

*EXECUTION COPY*

National Can Company), River Terminal Development (Scrap Yard Division)(a/k/a RTC Properties)(f/k/a Union Mineral & Alloys Corp.), Sunoco (R&M), LLC (f/k/a Sunoco, Inc. (R&M)) (sued as Sunoco, Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.)), TDY Industries, and Wyman-Gordon Company, (collectively, the "Private Third-Party Defendants"), (the Third-Party Plaintiffs and the Private Third-Party Defendants, collectively, the "Private Settling Parties") hereby stipulate and agree that:

1. The above-captioned-action is voluntarily dismissed with prejudice as to all of the Private Settling Parties in accordance with the terms and conditions of a Confidential Settlement Agreement and Mutual Release which has been executed by the Private Settling Parties, without costs assessed by the Court against any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. The Court will maintain jurisdiction to ensure compliance with the Confidential Settlement Agreement and Mutual Release; and

3. This dismissal will become effective upon entry by the Court.

Signed and Agreed To:

**EXXON MOBIL CORPORATION**

By: Andrew E. Anselmi, Esq.
McCusker, Anselmi, Rosen & Carvelli, P.C. Attorneys for Exxon Mobil Corporation

**QUANTA RESOURCES CORPORATION**

By: Allen G. Reiter, Esq.
Arent Fox LLP
Attorneys for Quanta Resources Corporation

*EXECUTION COPY*

AVCO CORPORATION (A/K/A AVCO LYCOMING)

By: *Emily A. Kaller*
    David A. Roth, Esq.
    Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

_____
By: Reed W. Neuman, Esq.
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

_____
By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

_____
By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES LLC

_____
By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies LLC

3

*EXECUTION COPY*

AVCO CORPORATION (A/K/A AVCO LYCOMING)

By: David A. Roth, Esq.
Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

By: Reed W. Neuman, Esq.   2/19/19
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES LLC

By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies LLC

AVCO CORPORATION (A/K/A AVCO LYCOMING)

By: David A. Roth, Esq.
     Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

By: Reed W. Neuman, Esq.
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES, LLC

By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies, LLC

*EXECUTION COPY*

AVCO CORPORATION (A/K/A AVCO LYCOMING)

By: David A. Roth, Esq.
    Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

By: Reed W. Neuman, Esq.
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES LLC

By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies LLC

3

EXECUTION COPY

AVCO CORPORATION (A/K/A AVCO LYCOMING)

By: David A. Roth, Esq.
     Emily A. Kaller, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
Attorneys for AVCO Corporation (a/k/a AVCO Lycoming)

COTY, INC. (F/K/A CLAIROL, INC., SUED AS PROCTER & GAMBLE HAIRCARE, LLC)

By: Reed W. Neuman, Esq.
Nossaman, LLP
Attorneys for Coty, Inc. (f/k/a Clairol, Inc., sued as Procter & Gamble Haircare, LLC)

CROSMAN CORPORATION (SUED AS "CROSSMAN CORP. (F/K/A COLEMAN AIRGUNS, INC) (F/K/A CROSMAN ARMS COMPANY, INC.)")

By: Thomas F. Walsh, Esq.
Barclay Damon LLP
Attorneys for Crosman Corporation (f/k/a Coleman Airguns, Inc.) (f/k/a Crosman Arms Company, Inc.)

CROWN CORK & SEAL COMPANY, INC.

By: Alan S. Golub, Esq.
Fein, Such, Kahn & Shepard, P.C.
Attorneys for Crown Cork & Seal Company, Inc.

EMHART TEKNOLOGIES LLC

By: Jeffrey M. Karp, Esq.
Sullivan & Worcester LLP
Attorneys for Emhart Teknologies LLC

3

EXECUTION COPY

KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)

By: Dan Riesel, Esq.
Sive, Paget & Reisel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)

By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)

By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)

By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)

By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

4

*EXECUTION COPY*

**KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)**

By: Dan Riesel, Esq.
Sive, Paget & Reisel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

**NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)**

By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

**PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)**

By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

**REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)**

By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

**REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)**

By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

4

*EXECUTION COPY*

KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)

By: Dan Riesel, Esq.
Sive, Paget & Reisel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)

By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)

By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)

By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)

By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

*EXECUTION COPY*

KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)

By: Dan Riesel, Esq.
Sive, Paget & Reisel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)

By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)

By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)

By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)

By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

4

*EXECUTION COPY*

**KRAFT HEINZ FOODS COMPANY (F/K/A KRAFT FOODS GLOBAL, INC.) (F/K/A WARE CHEMICAL) (SUED AS KRAFT FOODS GLOBAL, INC. F/K/A WARE CHEMICAL)**

_____

By: Dan Riesel, Esq.
Sive, Paget & Reisel, P.C.
Attorneys for Kraft Heinz Foods Company (f/k/a Kraft Foods Global, Inc.) (f/k/a Ware Chemical)

**NOVELIS CORPORATION (F/K/A ALCAN ALUMINUM CORPORATION) (A/K/A ALCAN SHEET & PLATE)**

_____

By: Mark Kindt, Esq.
Attorney for Novelis Corporation (f/k/a ALCAN Aluminum Corporation) (a/k/a ALCAN Sheet & Plate)

**PHILLIPS 66 COMPANY (AS SUCCESSOR IN INTEREST TO SUED PARTY CONOCO PHILLIPS COMPANY)**

_____

By: Steven Gray, Esq.
Waters McPherson McNeill, PC
Attorneys for Phillips 66 Company (As Successor In Interest to Sued Party Conoco Phillips Company)

**REVERE COPPER PRODUCTS, INC. (SUED AS REVERE COPPER PRODUCTS, INC. (A/K/A REVERE COPPER & BRASS INCORPORATED)**

_____

By: Robert R. Tyson, Esq.
Bond, Schoeneck & King
Attorneys for Revere Copper Products, Inc.

**REXAM BEVERAGE CAN COMPANY (F/K/A NATIONAL CAN COMPANY) (F/K/A AMERICAN NATIONAL CAN COMPANY)**

_____/s/_____

By: William S. Hatfield, Esq.
Gibbons P.C.
Attorneys for Rexam Beverage Can Company (f/k/a National Can Company)(f/k/a American National Can Company)

4

EXECUTION COPY

RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (A/K/A (RTC PROPERTIES)(F/K/A UNION MINERALS & ALLOYS CORP.)

*/s/ Daniel Riesel/*

By: Daniel Riesel, Esq.
Sive, Paget & Riesel P.C.
Attorneys for River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties)(f/k/a Union Minerals & Alloys Corp.)

SUNOCO (R&M), LLC (F/K/A SUNOCO, INC. (R&M)) (SUED AS SUNOCO, INC. (A/K/A SUN OIL REFINERY) (F/K/A SUN OIL CO.))

_____

By: Timothy M. Sullivan, Esq.
Beveridge & Diamond, P.C.
Attorneys for Sunoco (R&M), LLC (f/k/a Sunoco, Inc. (R&M)) (sued as Sunoco, Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.))

TDY INDUSTRIES, LLC
(F/K/A AND SUED AS TDY INDUSTRIES, INC.)

_____

By: Duke K. McCall, III, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania, NW
Washington, DC 20004
Attorneys for TDY Industries, LLC (f/k/a TDY Industries, Inc.)

WYMAN-GORDON COMPANY

_____

By: Sean Monaghan, Esq.
Schenck Price Smith & King, LLP
Counsel for Wyman-Gordon Company

SO ORDERED THIS _____
DAY OF _____, 2019.

_____

5

*EXECUTION COPY*

RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (A/K/A (RTC PROPERTIES)(F/K/A UNION MINERAL & ALLOYS CORP.)

_____
By: Daniel Riesel, Esq.
Sive, Paget & Riesel P.C.
Attorneys for River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties)(f/k/a Union Mineral & Alloys Corp.)

SUNOCO (R&M), LLC (F/K/A SUNOCO, INC. (R&M)) (SUED AS SUNOCO, INC. (A/K/A SUN OIL REFINERY) (F/K/A SUN OIL CO.))

_____
By: Timothy M. Sullivan, Esq.
Beveridge & Diamond, P.C.
Attorneys for Sunoco (R&M), LLC (f/k/a Sunoco, Inc. (R&M)) (sued as Sunoco, Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.))

TDY INDUSTRIES, LLC
(F/K/A AND SUED AS TDY INDUSTRIES, INC.)

_____
By: Duke K. McCall, III, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania, NW
Washington, DC  20004
Attorneys for TDY Industries, LLC (f/k/a TDY Industries, Inc.)

WYMAN-GORDON COMPANY

_____
By: Sean Monaghan, Esq.
Schenck Price Smith & King, LLP
Counsel for Wyman-Gordon Company

SO ORDERED THIS _____ DAY OF _____, 2019.

_____

*EXECUTION COPY*

RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (A/K/A (RTC PROPERTIES)(F/K/A UNION MINERAL & ALLOYS CORP.)

_____

By: Daniel Riesel, Esq.
Sive, Paget & Riesel P.C.
Attorneys for River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties)(f/k/a Union Mineral & Alloys Corp.)

SUNOCO, INC. (ORIGINALLY SUED AS SUNOCO, INC. (A/K/A SUN OIL REFINERY) (F/K/A SUN OIL CO.));

_____

By: Timothy M. Sullivan, Esq.
Beveridge & Diamond, P.C.
Attorneys for Sunoco, Inc. (originally sued as Sunoco Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.))

TDY INDUSTRIES, LLC
(F/K/A AND SUED AS TDY INDUSTRIES, INC.)

*/s/ Duke K. McCall, III*

By: Duke K. McCall, III, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania, NW
Washington, DC 20004
Attorneys for TDY Industries, LLC (f/k/a TDY Industries, Inc.)

WYMAN-GORDON COMPANY

_____

By: Sean Monaghan, Esq.
Schenck Price Smith & King, LLP
Counsel for Wyman-Gordon Company

SO ORDERED THIS _____
DAY OF _____, 2019.

_____
HONORABLE DORA L. IRIZARRY
UNITED STATES CHIEF DISTRICT JUDGE

Case 1:97-cv-07285-DLI-RML Document 1704 Filed 04/26/19 Page 17 of 17 PageID #: 19464

*EXECUTION COPY*

RIVER TERMINAL DEVELOPMENT (SCRAP YARD DIVISION) (A/K/A (RTC PROPERTIES)(F/K/A UNION MINERAL & ALLOYS CORP.)

_____
By: Daniel Riesel, Esq.
Sive, Paget & Riesel P.C.
Attorneys for River Terminal Development (Scrap Yard Division) (a/k/a RTC Properties)(f/k/a Union Mineral & Alloys Corp.)

SUNOCO, INC. (ORIGINALLY SUED AS SUNOCO, INC. (A/K/A SUN OIL REFINERY) (F/K/A SUN OIL CO.));

_____
By: Timothy M. Sullivan, Esq.
Beveridge & Diamond, P.C.
Attorneys for Sunoco, Inc. (originally sued as Sunoco Inc. (a/k/a Sun Oil Refinery) (f/k/a Sun Oil Co.))

TDY INDUSTRIES, LLC
(F/K/A AND SUED AS TDY INDUSTRIES, INC.)

_____
By: Duke K. McCall, III, Esq.
Morgan Lewis & Bockius, LLP
1111 Pennsylvania, NW
Washington, DC 20004
Attorneys for TDY Industries, LLC (f/k/a TDY Industries, Inc.)

WYMAN-GORDON COMPANY

_____
By: Sean Monaghan, Esq.
Schenck Price Smith & King, LLP
Counsel for Wyman-Gordon Company

**SO ORDERED THIS _____
DAY OF _____, 2019.**

_____
**HONORABLE DORA L. IRIZARRY
UNITED STATES CHIEF DISTRICT JUDGE**

5